UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Phillip S. Woodruff** | ) | |
| | ) | |
| | ) | Civil Action No. 05-2071 (PLF) |
| Plaintiff | ) | ECF |
| v. | ) | |
| **U.S. Department of Transportation,** | ) | |
| **Federal Aviation Administration** | ) | |
| | ) | |
| Defendants. | ) | |

## PRAECIPE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney Peter S. Smith as counsel for the defendant in the above-captioned case.

Respectfully submitted,

_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22d day of **November**, 2005, a true and correct copy of the foregoing Praecipe was served upon Pro Se Plaintiff **Phillip S. Woodruff,** by first class United States mail, postage prepaid, to:

>Phillip S. Woodruff
>10812 Brookwood Avenue
>Upper Marlboro, MD 20772

>PETER S. SMITH, D.C. Bar #465131
>Assistant United States Attorney
>United States Attorney's Office
>Judiciary Center Building
>555 4th Street, N.W., 10th Floor
>Washington, D.C. 20530
>(202) 307-0372