UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip S. Woodruff,**  )<br>  Plaintiff,  )<br>   v.  )<br>  )<br> **U.S. Department of Transportation,**  )<br> **Federal Aviation Administration,**  )<br>  )<br>  Defendant.  )<br> _____ ) | Civil Action No. 05-2071 (PLF)<br>ECF |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

Defendant respectfully moves, under Fed. R. Civ. P. 6(b), for an enlargement of time until January 27, 2006, to file its answer or otherwise to respond to the Complaint in this case. In connection with Local Civil Rule 7(m), this office left two telephone messages for pro se Plaintiff regarding the requested enlargement. Last evening, after the close of business, someone identifying herself as pro se Plaintiff's "paralegal" left a message for this office indicating that Mr. Woodruff opposes the requested enlargement. A proposed order consistent with this Motion is attached.

In support of this Motion, Defendant states as follows:

1. January 3, 2006, is the deadline for the filing of Defendant's answer.

2. The undersigned will be out of the office the week of December 26, which will impact the undersigned's ability to prepare and file an answer or responsive pleading by January 3, 2006. In addition, the agency attorney assigned to this case is out of the office and will not return until the second week of January, 2006. The undersigned will need the agency attorney's assistance in preparing and reviewing the government's answer or responsive brief.

3. Finally, Defendant expects to file a dispositive motion in response to the

Complaint. Granting this Motion would allow Defendant to prepare and file the anticipated motion to dismiss, which would dispose of the case and thus is in the interest of judicial economy.

December 22, 2005

        Respectfully submitted,

        /s/
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

        /s/
_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

        /s/
_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 22d day of **December**, 2005, a true and correct copy of the foregoing motion and proposed order were served upon Pro Se Plaintiff **Phillip S. Woodruff,** by first class United States mail, postage prepaid, to:

**Phillip S. Woodruff**
**10812 Brookwood Avenue**
**Upper Marlboro, MD 20772**

/s/
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 307-0372