UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Phillip S. Woodruff,** )<br>    Plaintiff, )<br>        v. )<br> )<br>**U.S. Department of Transportation**, )<br>**Federal Aviation Administration,** )<br> )<br>    Defendant. )<br> ) | Civil Action No. 05-2071 (PLF)<br>ECF |

**<u>ORDER</u>**

For good cause shown, upon consideration of the entire record herein, the Court hereby:

GRANTS, Defendant's Motion for Enlargement of Time to file its answer or to respond to the Complaint up to and including January 27, 2006.

DATED:

_____
UNITED STATES DISTRICT JUDGE