UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )   Case No.: 05-CV-2071 (PLF)
U.S. Department of Transportation,  )
Federal Aviation Administration     )
                                    )
    Defendants                      )
                                    )
                                    )
                                    )

**AFFIDAVIT OF SERVICE**

I, Phillip S. Woodruff, hereby declare that on the 21st day of October, 2005, I mailed a copy of the summons and complaint, certified mail return receipt requested to Norman Mineta, Secretary of Transportation. Attached hereto is the green card acknowledging service.

RECEIVED
DEC 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[Attached: USPS PS Form 3811 Domestic Return Receipt, addressed to Norman Y. Mineta, Secretary of Transportation, U.S. Dept. of Transportation, 400 7th Street, S.W., Washington, D.C. 20590; signed by agent Jason Delacruz; delivered 11/7/05; Certified Mail.]

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, Maryland 20772
(301) 868-9383
*Plaintiff*

### CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this 28 day of December, 2005, a copy of the above pleading was sent via postage prepaid, first class mail to:

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
FAA
800 Independence Avenue, S.W.
Washington, D.C. 20591

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

_____
Phillip S. Woodruff