UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,            )
                                )
    Plaintiff,                  )
                                )
v.                              )   Case No.: 05-CV-2071 (PLF)
                                )
U.S. Department of Transportation, )
Federal Aviation Administration )
                                )
    Defendants                  )
                                )
_____)

## ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2005, that the Enlargement of Time granted to the Defendant is hereby **REVERSED**, and further

**ORDERED**, that the Defendant provide an Answer to the Plaintiff's Complaint no later than January 3, 2006.

                                    _____
                                    Honorable Paul L. Friedman
                                    United States District Judge


cc: Phillip S. Woodruff, Plaintiff
    Peter Smith, Asst., U.S. Attorney

5