UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,                )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )   Case No.: 05-CV-2071 (PLF)
U.S. Department of Transportation,  )
Federal Aviation Administration     )
                                    )
    Defendants                      )
                                    )
                                    )
_____)

### ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2005, that the Enlargement of Time granted to the Defendant is hereby **REVERSED**, and further

**ORDERED**, that the Defendant provide an Answer to the Plaintiff's Complaint no later than January 3, 2006.

                                                  Honorable Paul L. Friedman
                                                  United States District Judge

cc: Phillip S. Woodruff, Plaintiff
     Peter Smith, Asst., U.S. Attorney