UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
 )
    Plaintiff, )
 )
v. )
 ) Case No.: 05-CV-2071 (PLF)
U.S. Department of Transportation, )
Federal Aviation Administration )
 )
    Defendants )
 )
 )
_____)

**ORDER**

It is hereby **ORDERED**, on this _____ day of _____, 2006, that the Enlargement of Time granted to the Defendant is hereby **REVERSED**, and further

**ORDERED,** that the Defendant provide an Answer to the Plaintiff's Complaint immediately and without further delay.

                                                                          Honorable Paul L. Friedman
                                                                         United States District Judge

cc: Phillip S. Woodruff, Plaintiff
     Peter Smith, Asst., U.S. Attorney

5