UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip S. Woodruff, )<br>        Plaintiff, )<br>    v. )<br>        )<br>U.S. Department of Transportation, )<br>Federal Aviation Administration, )<br>        )<br>        Defendant. )<br>_____) | Civil Action No. 05-2071 (PLF)<br>ECF |

**<u>ORDER</u>**

For good cause shown, upon consideration of the entire record herein, the Court hereby:

_____   GRANTS Defendant's Motion to Dismiss and dismisses the Complaint with prejudice.

_____   GRANTS Defendant's Motion to Transfer and dismisses this case so that Plaintiff can file the case in the United States Court of Federal Claims.

_____   GRANTS Defendant's Motion for a More Definite Statement and orders Plaintiff to file an amended complaint clearly setting forth his claims within two weeks of the date of this Order.

DATED:

_____
UNITED STATES DISTRICT JUDGE