UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Phillip S. Woodruff,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. 05-2071 (PLF) |
| Plaintiff | ) | ECF |
| v. | ) | |
| **U.S. Department of Transportation,** | ) | |
| **Federal Aviation Administration**, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE**

For this document, see Docket No. 11.

Respectfully submitted,

_____/s/_____
PETER SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372