UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 05-2071 (PLF)
                                    )
UNITED STATES DEPARTMENT            )
OF TRANSPORTATION, et al.,          )
                                    )   FILED
            Defendants.             )
                                    )   JAN 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This matter is before the Court on defendant's motion to dismiss plaintiff's complaint or, in the alternative for a more definite statement or for transfer to the United States Court of Federal Claims. Plaintiff is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, the Court wishes to advise plaintiff that he must respond to defendant's motion to dismiss on or before February 15, 2006. If plaintiff does not respond, the Court will treat the motion as conceded and may dismiss the complaint.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 1/30/06