UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,            )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )  Case No.: 05-CV-2071 (PLF)
U.S. Department of Transportation, )
Federal Aviation Administration )
                                )
    Defendants                  )
                                )
                                )

## ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Defendant's Motion to Dismiss Plaintiff's Complaint is hereby **DENIED;** and further,

**ORDERED,** that the Defendant's Motion to Transfer the above referenced case to the U.S. Court of Federal Claims is **DENIED,** and further,

**ORDERED,** that Plaintiff's request that the EEOC decision of July 19, 2005 be **REVERSED** is **GRANTED,** or in the alternative,

**ORDERED,** that Plaintiff has leave to Amend the Complaint within thirty (30) days.

 

_____
Honorable Paul L. Friedman
United States District Judge

cc:  Phillip S. Woodruff, Plaintiff
     Peter Smith, Asst., U.S. Attorney