UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-2071 (PLF) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, et al., | ) |
| Defendants. | ) |

ORDER

This matter is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a More Definite Statement or for Transfer, on plaintiff's opposition to defendants' motion, and on defendants' response thereto. Upon consideration of the arguments of the parties, it is hereby

ORDERED that [12] Defendants' Motion to Transfer is DENIED; it is

FURTHER ORDERED that [11] Defendants' Motion to Dismiss Plaintiff's Complaint or, in the Alternative, for a More Definite Statement is GRANTED in part and DENIED in part. The Court will not dismiss plaintiff's complaint, but will direct plaintiff to file a more definite statement of his claims; and it is

FURTHER ORDERED that, on or before March 30, 2006, plaintiff shall file an amended complaint setting forth, in numbered paragraphs:

    1.    The statutory basis for plaintiff's claim or claims.

   2.  The facts underlying plaintiff's claim or claims, including the precise nature of any adverse employment action plaintiff alleges he suffered.

   3.  Plaintiff's efforts to avail himself of administrative remedies for his alleged injury, and the outcome of those efforts.

   4.  The nature of the relief sought.

If plaintiff fails to file an amended complaint within the time allowed, the Court will dismiss his complaint.

   SO ORDERED.


                /s/_____
                PAUL L. FRIEDMAN
                United States District Judge

DATE: March 6, 2006