**Defendants' Exhibit No. 1**
**Woodruff v. Mineta, Civil No. 05-2071 (PLF)**

Case 1:05-cv-02071-PLF   Document 18-2   Filed 04/25/2006   Page 1 of 4

| DEPARTMENT OF TRANSPORTATION | COMPLAINT OF DISCRIMINATION IN THE FEDERAL GOVERNMENT (Privacy Act Statement attached) | (FOR AGENCY USE) 2004-18070-FAA-02 |
|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, Reprisal or Sexual Orientation
(Please Type or Print)

**1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME**
PHILLIP S. WOODRUFF

**2. WHAT IS YOUR TELEPHONE NO.?** (Including Area Code)
(301) 868-9383

**YOUR STREET ADDRESS** (or RD Number or Post Office Box Number)
10812 BROOKWOOD AVENUE

**HOME PHONE**
(301) 868-9383

**YOUR CITY** UPPER MARLBORO **STATE** MARYLAND **ZIP CODE** 20772

**WORK PHONE** CURRENTLY DISABLED

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU?** (Prepare a separate complaint form for each office which you believe discriminated against you)
DOT/ FEDERAL AVIATION ADMINISTRATION

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
X YES (Answer A, B, and C) (CURRENTLY DISABLED)
___ NO (Continue with 5)

**a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU**
FAA HEADQUARTERS
HUMAN RESOURCES MANAGEMENT

**a. NAME OF AGENCY WHERE YOU WORK**
FAA HEADQUARTERS
HUMAN RESOURCES MANAGEMENT

**b. STREET ADDRESS OF OFFICE**
800 INDEPENDENCE AVENUE, S.W.

**b.** 800 INDEPENDENCE AVENUE, S.W.

**c. CITY** WASHINGTON, DC **STATE** **ZIP CODE** 20591

**c. CITY** WASHINGTON, DC **STATE** **ZIP CODE** 20591

**WHAT IS THE TITLE AND GRADE OF YOUR JOB?**
CURRENT TITLE UNKNOWN / FORMERLY DIVISION MGR
GRADE 15 - CURRENT STEP OR SALARY UNKNOWN
NOTE: THIS WILL BE UPDATED ON NEXT SF-50.

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE**
MONTH 4 DAY 20 YEAR 2004

**6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST**
X RACE, IF SO, STATE YOUR RACE  WHITE / NATIVE AMERICAN
X COLOR, IF SO STATE YOUR COLOR  WHITE
___ RELIGION, IF SO, STATE YOUR RELIGION
X NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN  NATIVE AMERICAN
X SEX, IF SO, STATE YOUR SEX  MALE
___ AGE, IF SO, STATE YOUR AGE  (RESERVED FOR FEDERAL COURT DIRECT)
X HANDICAP, IF SO, STATE YOUR HANDICAP  TOTAL DISABILITY / OWCP
X REPRISAL  EEO / FEDERAL LEGAL ACTION
___ SEXUAL ORIENTATION

ORIGINAL
/s/ 7/11/2004

①

ORIGINAL

7. **EXPLAIN HOW YOU BELIEVE YOU** *[AR]E **DISCRIMINATED AGAINST (TREATED DIFFE**[RE]**NTLY FROM OTHER EMPLOYEES OR APPLICANTS)** **BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR SEXUAL ORIENTATION.** (For each allegation, please state to the best of your knowledge, information and belief, what incident occurred And <u>when</u> the incident occurred.) (Continue on reverse of form or add additional sheets.)

TO THE BEST OF MY KNOWLEDGE & BELIEF, THIS SERIES OF EVENTS IS A CONTINUATION OF A LONG PATTERN OF DISCRIMINATION THAT THE FAA HAS BEEN ENGAGED IN FOR SEVERAL YEARS. AS A RESULT OF PREVIOUS EEO VIOLATIONS THE AGENCY IS THE DEFENDANT IN A MAJOR LAWSUIT IN THE U.S. DISTRICT COURT. AS THE PLAINTIFF IN THIS FEDERAL COURT ACTION, I BELIEVE THAT THE DISCRIMINATION IN ALL FORMS INTENSIFIED SIGNIFICANTLY AS THE FEDERAL COURT ORDERED SETTLEMENT DISCUSSIONS AND CONSIDERATIONS. BECAUSE OF MY DISABILITY, THE AGENCY KNEW THAT I WAS NOT GOING TO BE ABLE TO RETURN TO WORK IMMEDIATELY. THE AGENCY HAS ACCESS TO MY MEDICAL REPORTS SINCE MY HANDICAPS ARE DUE TO A WORK RELATED INJURY AND I AM ON TOTAL DISABILITY. I RECEIVE REGULAR MEDICAL TREATMENT AT JOHNS HOPKINS HOSPITAL IN BALTIMORE, AND OTHER HOSPITALS AND PHYSICIANS IN THE WASHINGTON, DC AREA AND OCCASIONALLY ELSEWHERE. I AM COVERED BY THE FEDERAL EMPLOYEES WORKER'S COMPENSATION PROGRAM. ON APRIL 20, 2004, IN THE U.S. MAIL, I RECEIVED A "NOTICE OF PERSONNEL ACTION," * THAT: (1) REDUCED MY PAY FROM $119,267 to $116,786. (2) TERMINATED MY POSITION. (3) TERMINATED MY LEAVE WITHOUT PAY STATUS ON 6/28/04. (4) DATED THE DOCUMENT 01/30/04 (5) MADE EFFECTIVE DATE 01/01/04. (6) CITED LEGAL AUTHORITY P.L. 104-50 AS AUTHORITY TO BACKDATE AND DOWNGRADE, AS WELL AS TERMINATE. I BELIEVE THIS WAS DISCRIMINATION FOR ALL THE REASONS STATED IN MY COMPLAINT. COINCIDENTALLY, 6/28/04 WAS THE DATE THE FEDERAL COURT HAD SET FOR THE AGENCY'S RESPONSE TO

\* COPY ATTACHED - SF-50 Rec'd 4/20/2004
   Dated 1/30/2004
   Eff. 1/1/2004

ORIGINAL /pmy/ 7/11/2004

(a)

THE COURT FOR SUMMARY JUDGEMENT. IT WAS ALSO THE EXACT DATE THAT I WAS REQUIRED BY THE AGENCY TO GIVE AN ANSWER TO THEIR "OFFER" OF EMPLOYMENT WHICH WAS IMPLIED IN THEIR COURT ORDERED SETTLEMENT EXCHANGE AMONG ATTORNEYS AND JUDGES. I WAS THREATENED WITH LWOP AND JOB TERMINATION AND THE ONLY OPTION WAS A FORCED RETIREMENT OR RETURN TO WORK ON AUGUST 2, 2004 DISABLED. THERE WERE MANY ISSUES DISCUSSED WITH THE FAA OFFICE OF CIVIL RIGHTS, HOWEVER, ACCORDING TO THE INFORMAL EEO COUNSELOR, ONLY 5 ISSUES WERE OFFICIALLY LISTED IN HER REPORT. THEY ARE THE ISSUES OF LWOP EXTENSION, SALARY REDUCTION, TERMINATION ACTIONS, ADVERSE ACTIONS, AND FURTHER REPRISAL. ACCORDING TO THE FAA OFFICE OF CIVIL RIGHTS THE AGENCY AGREED ONLY TO EXTEND THE LWOP. THEREFORE, IT WAS RECOMMENDED THAT THIS COMPLAINT BE FILED FORMALLY.

IT WAS MY DESIRE FROM THE BEGINNING TO RESOLVE THIS ISSUE THROUGH DISCUSSION/MEDIATION. I COULD NOT GET ANY COOPERATION THROUGH AHR OR ACR WITHIN THE 6/28/04 TIME FRAME. I REQUESTED THAT THE OFFICE OF CIVIL RIGHTS TRY TO REACH A RESOLUTION AGREEMENT WITH AHR OR CONTINUE WITH MEDIATION/ADR FOLLOWING THE RESOLUTION OF THE CENTRAL LWOP ISSUE, HOWEVER, I WAS ADVISED THAT AHR WAS NOT INTERESTED IN RESOLUTION. THEREFORE, REGRETFULLY, THIS IS FILED.

**8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR**
X YES ___ NO

**9. NAME OF COUNSELOR(S)**
BARBARA GARDNER, EEO COUNSELOR
PHYLLIS SEAWARD, SUPERVISOR

**9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?**
1) EXTENSION OF LWOP UNTIL ABLE TO RETURN TO WORK AT FAA
2) RESTORATION OF SALARY TO GRADE 15 WITH ALL INCREASES DUE.
3) NO TERMINATION OF POSITION — INCLUDING REMOVAL FROM SENIOR MANAGER POSITION.
4) NO FURTHER OR FUTURE ADVERSE PERSONNEL ACTIONS
5) NO FURTHER REPRISAL OR DISCRIMINATION

*SPECIAL NOTE: I REMAIN OPEN TO MEDIATION/ADR DISCUSSIONS ON ALL ISSUES.

**10. DATE OF THIS COMPLAINT (Month, Day, Year)**
JULY 11, 2004

**11. SIGN YOUR (COMPLAINANT'S) NAME HERE**
[signature]

③