**Defendants' Exhibit No. 2**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

**EXHIBIT B1**

U.S. Department
of Transportation

# Memorandum

**Federal Aviation**

**Administration**

Subject : **<u>INFORMATION:</u>** EEO COUNSELOR'S REPORT          Date:   6/29/04

From: EEO Counselor, Barbara Gardner

To: Office of Civil Rights

Reply
to

## I. REQUIRED ELEMENTS

Attn.
Of: B. Gardner

### A. AGGRIEVED PERSON
Name:    Mr. Phillip  Woodruff

**InformalCaseNumber :**
AWA-FY2004-0089

**Job Title/Series Grade:**    Supervisory Public Affairs Spe / GM-15
**Place of Employment (Office or Facility Name):**   Headquarters

Work Telephone No:                              Home Telephone No:   (301) 868-9383

Mailing Address:

          10812 Brookwood Avenue
          Upper Marlboro          MD          20772

Aggrieved 's Representation (If Applicable):

Name:     Lisa S. Sanders

Address:   14452 Old Mill Road Suite 10

          Upper Marlboro          MD          20773

Telephone No:     (301) 574-1338

<u>Region</u>

*In which FAA region did the alleged discrimination take place?*

HeadQuarters (AWA)

<u>Line Of Business</u>
*In which FAA Line of Business or Staff Office did the alleged discrimination take place?*

          AHR/Asst Administrator for Human Resource Management: ATS(AHR)

CR-9                              ①                              Page:     1

## B. CHRONOLOGY OF EEO COUNSELING

| | |
|---|---|
| 05-19-2004 | Date of Initial Contact |
| 05-19-2004 | Date of Initial Interview |
| 04-20-2004 | Date of Alleged Discriminatory Event |
| 06-04-2004 | 45 th Day After Discriminatory Event |

**Reason for delayed contact beyond 45 days ( if applicable):**

| | |
|---|---|
| 06-28-04 | Date of Notice of Final Interview & Right to File |
| 06-29-04 | Date Counseling Report Requested |
| 06-29-04 | Date Counseling Report Submitted by Counselor |

## C. BASIS (ES) FOR ALLEGED DISCRIMINATION

| BASIS | SPECIFICS |
|---|---|
| Age | 05-08-1944 |
| Color | White |
| Disability - Mental | |
| Disability - Physical | |
| Gender(Sex) | Male |
| National Origin | Native American |
| Race | |
| Religion | |
| Sexual Orientation | |
| Reprisal | |

### *Complainant's Description of Alleged Discrimination :*

Disparate Treatment - Alleges that management is trying to force him to retire. On April 20 management issued SF-50, rducing his salary, terminating his LWOP status even with the knowledge that his docotor says he is totally disable through the end of the year.

## D. CLAIM

### PRECISE DESCRIPTION OF THE CLAIM(S) COUNSELED

| CLAIM | SPECIFICS |
|---|---|
| Accommodation | |
| Appointment/Hire | |
| Assignment Of Duties | |
| Awards | |
| Breach | |
| Constructive Discharge | |

CR-9

Conversion to full-time

Disciplinary Action-Demotion
Disciplinary Act-Other

Disciplinary Act-Reprimand
Disciplinary Act-Suspension
Disciplinary Act-Termination

Duty Hours
Equal Pay Act Violation

Evaluation /Appraisal
Examination/Test

Harassment- Non-Sexual*
Harassment- Sexual*

Harassment- Non-Sexual HWE*
Harassment- Sexual HWE*

Harassment- Sexual QPQ*
Pay Including Overtime

Promotion or Non-Selection
Reassignment-Directed

Reassignment-Req. Denied
Reinstatement

Retirement                        Attempting to force him into retirment.
Section 508

Terms/Conditions of Employ    Temianted his LWOP status;
Time and Attendance

Training
Other

## *Note to EEO Counselors:*

If Harassment - Non - Sexual or Harassment - Sexual is alleged , you must call (202) 493-4103 to report the allegation(s) to the FAA Accountability Board. Call within two workdays of the initial contact with aggrieved individual. If the aggrieved individual wishes to remain anonymous, you must report the facts in a way to conceal the identity of the aggrieved person.

Date contacted Accountability Board:
Accountability Board person contacted:

**E. REMEDIES REQUESTED**    (Describe the requested remedies. If possible, relate remedies to specific claims).

Restore his LWOP status
Stop efforts to terminated his position and him
Stop the downgrade and reduction of his salary
Stop reprisal and other adverse actions.

$$\widehat{3}$$

CR-9                                                              Page:    1

## F. EEO COUNSELOR'S CHECKLIST
Did the Counselor advise the Aggrieved in writing of the Rights and Responsibilities Contained in the EEO Counselor's Checklist?.

Yes  X                    No

## SUMMARY OF INFORMAL RESOLUTION ATTEMPTS

### A. IF THE COUNSELOR ATTEMPTED RESOLUTION
Attempted meet with Ms. Comer who scheduled a meeting for 9a on 6/14. Ms. Comer failed to show for meeting and did not respond to voice mail left to reschedule. Met with Ms. Darlene Freeman, who stated LWOP was based on a converstion in which Mr. Woodruff stated that he might be able to return to work in that time frame. Ms. Freeman directed me to Julie Berko reference the salary, but took IOU to research LWOP issue. Met with Julie Berko, who restated that LWOP was based on conversation with aggrieved in 2003 about returning to work. Ms. Berko, referred to Cary Levanthal for salary information. Mr. Levanthal stated that OWCP is paid by the Department of Labor, on a specified formula based on the individuals salary at the time of injury.

### B. SUMMARY OF INFORMATION GIVEN TO THE AGGRIEVED PERSON AND TO THE AGENCY OFFICIAL:
Relayed above information to aggrieved. After not receiving any information from Ms. Freeman, contacted aggrieved to issue NOFI on 6/18. Aggrieved asked if I would call Ms. Freeman, one more time on the IOU. Ms. Freeman stated that she was coordinating a meeting for the first part of the following week, and would call me. I told aggrieved that the only way to wait was to extended the counseling period. Aggrieved gave a four day extension (6/23). On 6/24 I advised aggrieved that I had not heard from Ms. Freeman, and I had to issue the NOFI as the counseling period was over. I asked if I would call Ms. Freeman, again. I complied, and left a voice mail at 10:45a., and contacted aggrieved, and informed him that I would call her back if I didn't hear from her from I left for the day. After calling again at 4p and leaving a voice mail, Ms. Freeman returned my call at 4:06 and said that Mr. Woodruff's LWOP was going to be extended through the end of the year. I contacted Mr. Woodruff, leaving this information on his voice mail. Spoke with Mr. Woodruff on 6/25 and again on 6/28. On 6/28 Mr. Woodruff asked that I fax the NOFI. After receiving it, he stated that did not want it. That he wanted to continue counseling to get his other issues resolved. I told him that was not possible as he only granted a 4 day extension which now expired. Mr. Woodruff has not fax returned the NOFI acknowledgement.

### ATTACHMENTS   (Add other attachments as necessary).

1. EEO Counselor's Checklist
2. Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process
3. Notice of Final Interview and Right to File a Complaint of Discrimination. (Faxed to aggrieved's home on 6/28/04, confirmation attached)


Barbara A. Gardner

Name of EEO Counselor

Signature of EEO Counselor

202-267-9462
Telephone Number


FAA HQS. ATO-A, Rm. 429
Office Address

CR-9

④

Page:  1

# *ATTACHMENT #1*



## EEO COUNSELOR CHECKLIST

_Phillip Woodruff_                    _05/25/2004_
**(Aggrieved)**                          **(Date)**

At the initial counseling session, counselors must advise individuals in writing of their rights and responsibilities. At a minimum those rights include the following: (check items discussed)

1. ____✓____ The right to _anonymity_ in the counseling phase of the complaint process unless waived.

2. ____✓____ The right to _representation_ throughout the complaint process including the counseling stage.

3. ____✓____ The right to choose between the agency's _Alternative Dispute Resolution (ADR)_ process or traditional EEO counseling and information about each procedure. The Federal Aviation Administration uses _Mediation_ as its ADR process.

4. ____✓____ The possible election requirement between a _negotiated grievance procedure_ and the EEO complaint procedure.

   Where an agency is covered by 5 USC § 7121(d)[1] and where the negotiated procedure and the statute[2] cover the alleged discrimination, the aggrieved individual would be required to elect either
   1) The statutory procedure for discrimination (the internal agency EEO process) or
   2) The negotiated grievance procedure, <u>but not both</u>.

   This election is not made until the Aggrieved decides to file a formal complaint.

5. ____✓____ The right to elect to proceed through the EEO complaint process with a _mixed case complaint_ or to file an appeal to the _Merit Systems Protection Board (MSPB)_. Claims of discrimination that has to do with demotion, removal, suspension for more than 14 days, furlough for more than 30 days, or separation through reduction-in-force can be appealed to the MSPB. Participation in the EEO informal counseling is not considered an election. Filing a formal EEO complaint constitutes an election.

6. ____✓____ The right to receive EEO counseling and, when accepted by the Departmental Office of Civil Rights (DOCR), an investigation into _complaints based on sexual orientation_. However since this right derives from Department of Transportation policy as opposed to law, there is no right to a hearing before EEOC. Complaints based on sexual orientation will receive a final agency decision (FAD). Motions for reconsideration of the dismissal of a complaint or of the findings in a FAD may be filed with

---

[1] U.S. Postal Service, the Postal Rate Commission, and the Tennessee Valley Authority are among the few agencies <u>not covered</u>.

[2] The following statutes, collectively, protect on the bases of race, color, sex, religion, national origin, handicap, and age: Title VII of the Civil Rights Act of 1964, as amended, 42 USC § 2000e-16; Sections 501 and 505 of the Rehabilitation Act of 1973, as amended, 29 USC §§ 791 and 794a; and Section 15 of the Age Discrimination in Employment Act of 1967, as amended, 29 USC § 633a, The Equal Pay Act of 1963, 29 USC 206(d).



the Director, DOCR. Compensatory damages are not available for complaints of discrimination based on sexual orientation.

7. ___✓___ The requirement that the aggrieved person *file a complaint within 15 calendar days* of receipt of the counselor's notice of final interview and right to file a formal complaint in the event (s)he wishes to file a formal complaint at the conclusion of counseling.

8. ___✓___ The right to file a *notice of intent to sue when age is alleged as a basis for discrimination* and of the right to file a lawsuit under the ADEA instead of an administrative complaint of age discrimination, pursuant to section 1614.201(a).

9. ___✓___ The right to *go directly to U.S. district court on claims of sex-based wage discrimination* under the Equal Pay Act even though such claims are also cognizable under Title VII,[3] and in connection with the Equal Pay Act claim advise of the availability of liquidated damages for a willful violation.

10. ___✓___ The right to a *hearing before an EEOC AJ after 180 days* or after completion of the investigation, whichever comes first. (except for complaints based on sexual orientation).

11. ___✓___ The right to *go to U.S. district court 180 days* after filing a formal complaint or 180 days after filing an appeal. (except for complaints based on sexual orientation).

12. ___✓___ The *duty to mitigate damages*, e.g., that interim earnings or amounts which could be earned by the individual with reasonable diligence generally must be deducted from an award of back pay.

13. ___✓___ The duty to *keep the agency and EEOC informed of current mailing address* and to serve copies of the appeal papers on the agency.

14. ___✓___ The *right to receive* in writing within 30 calendar days of the first counseling contact (unless the time period is extended by complainant's prior written consent) *a notice terminating counseling* and informing the aggrieved of
1) the right to file a formal complaint within 15 calendar days of receipt of the notice,
2) the appropriate official with whom to file a formal complaint, and
3) the complainant's duty to immediately inform the agency if the complainant retains counsel or a representative.

Any extension of time for counseling may not exceed an additional 60 days. Where notice is not provided and no extension is secured, the complainant has the right to file a formal complaint after the 30th day. Exception: Where complainant agrees to participate in an established alternative dispute resolution program, the written notice terminating the counseling period will be issued upon completion of the dispute resolution process or within 90 days of the first contact whichever is earlier.

---

[3] Sex-based claims of wage discrimination may also be raised under Title VII; individuals so aggrieved may thus claim violations of both statutes simultaneously. Equal Pay Act complaints may be processed under Part 1614. In the alternative, a complainant may go directly to U.S. District Court.



CR-4
Revised: 07/00

15. ____✓____ Only claims raised at the counseling stage or claims like or related to those that were raised at the counseling stage, may be the *subject of a formal complaint .and how to amend a complaint after it has been filed. The right to know how to amend a complaint after it has been filed.*

16. ____✓____ The *time frames* in the complaint process.

17. ____✓____ The *class complaint procedures* and the responsibilities of a class agent where class allegations are raised.

18. ____✓____ Allegations of sexual harassment; misconduct of a sexual nature or related reprisal; incidents of verbal, written, graphic or physical harassment ; or other misconduct that creates or may create an intimidating, hostile or offensive work environment will be reported to the FAA Accountability Board. The Board will review the allegations to determine an appropriate management response. Reports to the Board will conceal the identity of aggrieved individuals who wish to remain anonymous.

8

# *ATTACHMENT #2*

9



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

Subject: <u>**INFORMATION:**</u> Aggrieved
Person's Rights and
Responsibilities in the EEO
Complaint Process

From: EEO Counselor

Date:

Reply to
Attn. Of:

To: Aggrieved Person

This notice advises you of your rights and responsibilities as an aggrieved person under 29 Code of
Federal Regulation (CFR) 1614, Federal Sector Equal Employment Opportunity; Equal Employment
Opportunity Commission (EEOC) Management Directive (MD) 110, Federal Sector Complaint Processing
Manual; and the Department of Transportation, Departmental Office of Civil Rights (DOCR) Investigation
Procedures Manual. <u>**PLEASE READ THIS NOTICE CAREFULLY SO THAT YOU MAY FULLY
UNDERSTAND YOUR RIGHTS AND RESPONSIBILITIES**</u>. Should you have any questions or
difficulty in clearly understanding this information, please contact the Office of Civil Rights for further
assistance.

a) You have the right to remain **anonymous** during EEO counseling unless you waive that right. The
right to remain anonymous ends when you file a formal EEO complaint.

b) You have the right to **representation** throughout the EEO complaint process including the counseling
stage. EEO Counselors may not act as representatives. EEO counselors are not advocates for either the
aggrieved person or the agency but act strictly as a neutral in the EEO process.

c) You have the right to request **traditional EEO** counseling or an **Alternative Dispute Resolution
(ADR)** process. The FAA uses **Mediation** as our ADR process. More detailed information about the
FAA EEO Mediation Program is provided in Attachment 8.

d) If you are a member of a bargaining unit, you may elect between the EEO complaint procedure and a
**negotiated grievance procedure (NGP)** if the NGP permits claims of discrimination to be raised.
Filing a formal EEO complaint constitutes an election. Participation in the pre-complaint counseling is
not considered an election.

e) For permanent status employees who have completed their probationary period and, in general, the
claim of discrimination has to do with demotion, removal, suspension for more than 14 days, furlough
for more than 30 days, or separation through reduction-in-force, you have the right to elect to
proceed through the EEO complaint process with a **mixed case complaint** or to file an appeal to
the **Merit Systems Protection Board (MSPB)**. **Participation** in EEO informal counseling is not
considered an election. Filing a formal EEO complaint constitutes an election. Additional information
on filing an appeal with MSPB is available at: http://WWW.MSPB.GOV/foia/foia.info.html.

1 0

f) If your claims are not resolved through EEO counseling or EEO mediation and you wish to pursue the matter, you must **file a formal EEO complaint within 15 calendar days** of receipt of the Counselor's notice of final interview and right to file a formal complaint.

g) You have the right to file a **notice of intent to sue** when age is alleged as a basis for discrimination and the right to file a lawsuit under the **Age Discrimination in Employment Act (ADEA)** instead of filing a complaint of age discrimination in the EEO process.

h) You have the right to go directly to a court of competent jurisdiction on claims of sex-based wage discrimination under the **Equal Pay Act (EPA)** even though such claims are also cognizable under Title VII of the Civil Rights Act. Individuals so aggrieved may thus claim violations of both statutes simultaneously. Equal Pay Act complaints may be processed administratively through the EEO complaint process or go directly to a court of competent jurisdiction.

i) You have the right to **request a hearing before an EEOC Administrative Judge** except in a mixed case after 180 calendar days from the filing of a formal complaint or after completion of the investigation, whichever comes first.

j) You have the right to request a **final agency decision** after an investigation by the agency.

k) You have the right to go to **U.S. District Court** 180 calendar days after filing a formal complaint or 180 days after filing an appeal.

l) You have a duty to **mitigate damages**, e.g., interim earnings or amounts that could be earned by the individual with reasonable diligence generally must be deducted from an award of back pay.

m) You have a duty to keep the agency and EEOC informed of your **current mailing address** and to serve copies of appeal papers on the Secretary of Transportation at the following address:

Original:

Secretary of Transportation
U. S. Department of Transportation
Departmental Office of Civil Rights, S-30
400 7th Street SW
Washington, DC 20590

Copy:

Federal Aviation Administration
Office of the Chief Counsel
General Legal Services, AGC-100
800 Independence Ave. SW
Washington, DC 20591

It is your duty to pick up certified mail or any other correspondence sent to you by FAA, DOCR, or EEOC. If you fail to notify us of a new mailing address or fail to pick up certified mail, your case may be dismissed for failure to cooperate.

n) When EEO counseling is selected, you have the right to receive, in writing, within 30 calendar days of the first counseling contact (unless you agree in writing to an extension), **a notice terminating counseling** and informing you of:

(1) The right to file **a formal individual or class complaint** within **15 calendar days** of receipt of the notice,
(2) The appropriate official with whom to file a formal complaint, and
(3) Your duty to immediately inform the agency if you retain counsel or a representative.

Any extension of the counseling period may not exceed an additional **60 calendar days.**



o) If you agree to participate in EEO mediation and resolution of all claims is not achieved, the written notice terminating the counseling period will be issued upon completion of the mediation process or within ninety (90) calendar days of the first contact with the EEO counselor, whichever is earlier.

p) Only those claims raised at the counseling stage or claims that are like or related to those that were raised may be the subject of a formal complaint.

q) If your complaint is accepted, DOCR will conduct an EEO investigation into your complaint. At the conclusion of the investigation, a Report of Investigation (ROI) will be forwarded to you with appropriate instructions. PLEASE READ THE ROI THOROUGHLY.

r) The ROI contains personal data and is to be treated in a confidential manner. **You may not show your copy of the ROI, in whole or in part, to a third party except your designated representative.** Violations of privacy safeguards may result in disciplinary action, a fine of up to $5,000, or both (Public Law 93-576).

s) If you have not received a ROI within 180 calendar days of filing your formal EEO complaint, you have the right to request a hearing on your case before an EEOC Administrative Judge. **NOTE:** This right does not apply to complaints of discrimination based on sexual orientation. Claims based on sexual orientation do not have coverage under Title VII of the Civil Rights Act or 1964, as amended. Such claims are limited to the authority of Department of Transportation policy.

t) You will have 30 calendar days to review the ROI. Following your review, you may request a hearing before an EEOC Administrative Judge or an immediate final agency decision (FAD) based on the written record.

u)  A FAD will be issued within 60 calendar days of:

1.   receiving notice that you requested an immediate decision;
2.   the end of the 30-day period for requesting a hearing, if the agency has not received a timely request or;
3.   receiving the findings and conclusions of law of an EEOC Administrative Judge.

v) You may amend an EEO complaint at any time prior to the completion of the EEO investigation. Amendments may provide additional evidence in support of an existing claim or raise a new claim that is like or related to a pending complaint. There is no requirement to seek EEO counseling for amendments. To amend an existing complaint, you must submit a letter to the Departmental Office of Civil Rights (DOCR) that is processing your pending complaint.

w) The Departmental Office of Civil Rights will issue a letter to you accepting or dismissing your complaint. If your formal EEO complaint is dismissed your appeal rights will be provided to you in DOCR's letter of dismissal. The letter will also explain your rights should there be a partial dismissal of your complaint. Appeals are made to:

> Equal Employment Opportunity Commission
> Office of Federal Operations
> Federal Sector Programs
> P.O. Box 19848
> Washington, D.C. 20036

x) Compensatory **damages** are included in the possible remedies available through the EEO complaint process. Compensatory damages are not available under Age Discrimination in Employment Act, in



4

disparate impact cases, or for complaints of discrimination based on sexual orientation. **Punitive damages** are not available in Federal sector EEO complaints.

Attachment 1, *EQUAL EMPLOYMENT OPPORTUNITY STATUTES, REGULATIONS AND POLICIES*, lists the laws and regulations which govern the EEO process.

Attachment 2, *EQUAL EMPLOYMENT OPPORTUNITY BASES*, explains the bases for raising an allegation of discrimination in the EEO process at FAA.

Attachment 3, The time frames applicable to the Equal Employment Opportunity (EEO) process are described in *EEOC REVISED FINAL RULE ON 1614 REGULATIONS - FLOWCHART - (SIMPLIFIED VERSION)*.

Attachment 4, Options and election rights for pursuing your complaint are described in *EEO Special Procedures and Election Rights*. PLEASE READ ABOUT YOUR ELECTION RIGHTS CAREFULLY. If you have any questions concerning election rights, contact your Civil Rights Office.

Attachment 5, Complaints of discrimination based on sexual orientation is processed in accordance with the DOCR Investigation Procedures Manual as opposed to 29 CFR 1614. The procedures are described in *PROCEDURES FOR COMPLAINTS OF DISCRIMINATION BASED ON SEXUAL ORIENTATION*.

Attachment 6, *EQUAL EMPLOYMENT OPPORTUNITY CLASS COMPLAINT PROCEDURES*, describes class complaints and the rights & responsibilities of a class agent.

Attachment 7, *FAA ACCOUNTABILITY BOARD*, describes the scope of the Accountability Board responsibility on allegations of sexual harassment and incidents of verbal, written, graphic or physical harassment that creates an intimidating, hostile or offensive work environment.

Attachment 8, *FAA's EEO MEDIATION PROGRAM*, describes the Office of Civil Rights' mediation program to resolve allegations of workplace discrimination and or harassment raised through the EEO complaint process.

CR-3
Revised 07/00

5

If you need additional information, please contact the Civil Rights office. You may also visit our EEO site on the World Wide Web at http://www........./acr/EEO.htm. The site has answers to frequently asked questions on the EEO process, lists of EEO counselors, electronic copies of regulations and policies, and links to other sites of interest such as EEOC home page.

EEOC's Management Directive (MD-110) is on-line at: http://www.eeoc.gov/federal/md110.html. Title 29 CFR Part 1614 is on-line at: http://www.eeoc.gov/federal/1614-final.html.

It is recommended that you retain this letter for future reference.

EEO Counselor (Signature)

I, _PHILLIP S. WOODRUFF_ _____ aggrieved
Person's name),

acknowledge receipt of this letter and attachments.

_MAY 25, 2004_ _____ (Signature) _[signature]_
(Date).

Attachments

1. EQUAL EMPLOYMENT OPPORTUNE STATUTES AND REGULATIONS
2. EQUAL EMPLOYMENT OPPORTUNE FLAGS
3. EEOC REVISED FINAL RULE ON 1614 REGULATION – Time
4. EEO SPECIAL PROCEDURES AND ELECTION RIGHTS
5. PROCEDURES FOR COMPLAINTS DISCRIMINATION BASED ON SE. ORIENTATION
6. EQUAL EMPLOYMENT OPPORTUNE CLASS COMPLAINT PROCEDURES
7. FAA ACCOUNTABILITY BOARD, Order 1110.125A, Appendix I
8. FAA EEO MEDIATION PROGRAM

CR-3
Revised 07/00

(14)

# *ATTACHMENT #3*

15

07/12/04  19:47  FAX 301859....    ☐01
06/27/2004  23:17    20226792

Post-It™ brand fax transmittal memo 7671 | # of pages ▶ | 1 / 1

| To BARBARA GARDNER | From PHILLIP WOODRUFF |
| Co. FAA HQS | Co. FAA HQS / AHR |
| Dept. A-TX-100 | Phone # (301) 868-9383 |
| Fax # (202) 267-9228 | Fax # (301) 856-9636 |

**U.S. Department
of Transportation
Federal Aviation
Administration**

# CONFIDENTIAL

Subject: **Notice of Final Interview and
Right to File a Discrimination
Complaint**

Date: 6/28/04

From: **EEO Counselor
Barbara Gardner**

Reply to
Attn. of: B. Gardner
202-267-8462

To: **Phillip Woodruff**

This is to inform you that because the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, reprisal and/or sexual orientation. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 calendar days after receipt of this notice, with the following official authorized to receive discrimination complaints:

Original to:

Regional Director
Department of Transportation
Departmental Office of Civil Rights
Washington DC Regional Office (S-342)
400 Seventh Street SW
Washington, DC 20590

Copy to:

Federal Aviation Administration
Assistant Administrator for Civil Rights
Complaints Team (ACR-5)
800 Independence Avenue SW
Washington, DC 20591

The complaint must be specific and contain only those issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure; an appeal to the FAA Tri-Party Panel; or a complaint with the Merit System Protection Board on the same claim(s). For your use, a copy of the Complaint of Discrimination in the Federal Government form is provided.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the Regional Director of the Departmental Office of Civil Rights, in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

If your allegation concerned sexual harassment; misconduct of a sexual nature; reprisal for having reported sexual harassment; allegations or incidents of verbal, written, graphic or physical harassment; or other misconduct that creates or may create an intimidating, hostile or offensive work environment, it was reported to the FAA Accountability Board. If you had requested anonymity, the report was made such not to reveal your identity. The report to the Accountability Board does not alter the periods of the EEO complaint process in any

_____

EEO Counselor

_____  7/11/2004
Aggrieved's Acknowledgement    Date
of Receipt

Attachment

CR-8
Revised 07/00

NOTE: THIS COMPLAINT HAS BEEN RESOLVED TO
SOME DEGREE, INCLUDING THE LWOP
ISSUE. WRITTEN CONFIRMATION HAS BEEN
PROMISED VIA ACR FROM AHR. pwWoodfr.



| DEPARTMENT OF TRANSPORTATION | COPY | COMPLAINT OF DISCRIMINATION THE FEDERAL GOVERNMENT Privacy Act Statement attached) | (FOR AGENCY USE) |
|---|---|---|---|

BECAUSE OF RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP, Reprisal or Sexual Orientation
(Please Type or Print)

**1. WHAT IS YOUR (COMPLAINANT'S) FULL NAME**
PHILLIP S. WOODRUFF

**2. WHAT IS YOUR TELEPHONE NO.?**
(Including Area Code)
(301) 868-9383

**YOUR STREET ADDRESS (or RD Number of Post Office Box Number)**
10812 BROOKWOOD AVENUE

**HOME PHONE**
(301)868-9383

**YOUR CITY** UPPER MARLBORO
**STATE** MARYLAND
**ZIP CODE** 20772
**WORK PHONE** CURRENTLY DISABLE

**3. WHICH FEDERAL OFFICE DO YOU BELIEVE DISCRIMINATED AGAINST YOU? (Prepare a separate complaint form for each office which you believe discriminated against you)**
DOT/
FEDERAL AVIATION ADMINISTRATION

**4. ARE YOU NOW WORKING FOR THE FEDERAL GOVERNMENT?**
_X_ YES (Answer A, B, and C) (CURRENTLY DISABL.
___ NO (Continue with 5)

**a. NAME OF OFFICE WHICH YOU BELIEVE DISCRIMINATED AGAINST YOU** FAA HEADQUARTERS
HUMAN RESOURCES MANAGEMENT

**a. NAME OF AGENCY WHERE YOU WORK** FAA HEADQUARTERS
HUMAN RESOURCES MANAGEMEN

**b. STREET ADDRESS OF OFFICE**
800 INDEPENDENCE AVENUE, S.W.

800 INDEPENDENCE AVENUE, S.W.

**c. CITY** WASHINGTON, DC **STATE** **ZIP CODE** 20591

**c. CITY** WASHINGTON, DC **STATE** **ZIP CODE** 20591

**WHAT IS THE TITLE AND GRADE OF YOUR JOB?**
CURRENT TITLE UNKNOWN / FORMERLY DIVISION MG
GRADE 15 - CURRENT STEP OR SALARY UNKNOWN
NOTE: THIS WILL BE UPDATED ON NEXT SF-50.

**5. DATE ON WHICH MOST RECENT ALLEGED DISCRIMINATION TOOK PLACE**

| MONTH | DAY | YEAR |
|---|---|---|
| 4 | 20 | 2004 |

**6. CHECK BELOW WHY YOU BELIEVE YOU WERE DISCRIMINATED AGAINST**
_X_ RACE, IF SO, STATE YOUR RACE _WHITE / NATIVE AMERICAN_
_X_ COLOR, IF SO STATE YOUR COLOR _WHITE_
___ RELIGION, IF SO, STATE YOUR RELIGION
_X_ NATIONAL ORIGIN, IF SO, STATE YOUR NATIONAL ORIGIN _NATIVE AMERICAN_
_X_ SEX, IF SO, STATE YOUR SEX _MALE_
___ AGE, IF SO, STATE YOUR AGE (RESERVED FOR FEDERAL COURT DIRECT)
_X_ HANDICAP, IF SO, STATE YOUR HANDICAP _TOTAL DISABILITY / OWCP_
_X_ REPRISAL _EEO / FEDERAL LEGAL ACTION_
___ SEXUAL ORIENTATION



OFFICE OF CIVIL RIGHTS
2004 JUL 15 AM 10:27

(17)

**7.** EXPLAIN HOW YOU BELIEVE YOU ... RE DISCRIMINATED AGAINST (TREATED DIF... ENTLY FROM OTHER EMPLOYEES OR APPLICANTS) BECAUSE OF YOUR RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, HANDICAP OR SEXUAL ORIENTATION (For each allegation, please state to the best of your knowledge, information and belief, what incident occurred And **when** the incident occurred.) (Continue on reverse of form or add additional sheets.)

To the best of my knowledge & belief, this series of events is a continuation of a long pattern of discrimination that the FAA has been engaged in for several years. As a result of previous EEO violations the agency is the defendant in a major lawsuit in the U.S. District Court. As the plaintiff in this federal court action, I believe that the discrimination in all forms intensified significantly as the federal court ordered settlement discussions and considerations. Because of my disability, the agency knew that I was not going to be able to return to work immediately. The agency has access to my medical reports since my handicaps are due to a work related injury and I am on total disability. I receive regular medical treatment at Johns Hopkins Hospital in Baltimore, and other hospitals and physicians in the Washington, DC area and occasionally elsewhere. I am covered by the Federal Employees Workers' Compensation Program.

On April 20, 2004, in the U.S. mail, I received a "Notice of Personnel Action," * that: (1) Reduced my pay from $119,267. to $116,786. (2) Terminated my position (3) Terminated my Leave Without Pay Status on 6/28/04 (4) Dated the document 01/30/04 (5) Made effective date 01/01/04. (6) Cited legal authority P.L. 104-50 as authority to backdate and downgrade, as well as terminate. I believe this was discrimination for all the reasons stated in my complaint. Coincidentally, 6/28/04 was the date the Federal Court had set for the agency's response to

* Copy attached - SF-50 Rec'd 4/20/2004
                    Dated 1/30/2004
                    Eff. 1/1/2004

THE COURT FOR SUMMARY JUDGEMENT. IT WAS ALSO THE EXACT DATE THAT I WAS REQUIRED BY THE AGENCY TO GIVE AN ANSWER TO THEIR "OFFER" OF EMPLOYMENT WHICH WAS IMPLIED IN THEIR COURT ORDERED SETTLEMENT EXCHANGE AMONG ATTORNEYS AND JUDGES. I WAS THREATENED WITH LWOP AND JOB TERMINATION AND THE ONLY OPTION WAS A FORCED RETIREMENT OR RETURN TO WORK ON AUGUST 2, 2004 DISABLED.

THERE WERE MANY ISSUES DISCUSSED WITH THE FAA OFFICE OF CIVIL RIGHTS, HOWEVER, ACCORDING TO THE INFORMAL EEO COUNSELOR, ONLY 5 ISSUES WERE OFFICIALLY LISTED IN HER REPORT. THEY ARE THE ISSUES OF LWOP EXTENSION, SALARY REDUCTION, TERMINATION ACTIONS, ADVERSE ACTIONS, AND FURTHER REPRISAL. ACCORDING TO THE FAA OFFICE OF CIVIL RIGHT, THE AGENCY AGREED ONLY TO EXTEND THE LWOP. THEREFORE, IT WAS RECOMMENDED THAT THIS COMPLAINT BE FILED FORMALLY.

IT WAS MY DESIRE FROM THE BEGINNING TO RESOLVE THIS ISSUE THROUGH DISCUSSION/MEDIATION. I COULD NOT GET ANY COOPERATION THROUGH AHR OR ACR WITHIN THE 6/28/04 TIME FRAME. I REQUESTED THAT THE OFFICE OF CIVIL RIGHTS TRY TO REACH A RESOLUTION AGREEMENT WITH AHR OR CONTINUE WITH MEDIATION/ADR FOLLOWING THE RESOLUTION OF THE CENTRAL LWOP ISSUE, HOWEVER, I WAS ADVISED THAT AHR WAS NOT INTERESTED IN RESOLUTION. THEREFORE, REGRETFULLY, THIS IS FILED.

| 8. I HAVE DISCUSSED MY COMPLAINT WITH AN EQUAL EMPLOYMENT OPPORTUNITY COUNSELOR    X YES ____ NO | a. NAME OF COUNSELOR(S)   BARBARA GARDNER , EEO COUNSELOR   Phyllis SEAWARD, Supervisor |
|---|---|

9. WHAT CORRECTIVE ACTION ARE YOU SEEKING?

    1) EXTENSION OF LWOP UNTIL ABLE TO RETURN TO WORK AT FAA

    2) RESTORATION OF SALARY TO GRADE 15 WITH ALL INCREASES DUE.

    3) NO TERMINATION OF POSITION — INCLUDING REMOVAL FROM SENIOR MANAGER POSITION.

    4) NO FURTHER OR FUTURE ADVERSE PERSONNEL ACTIONS

    5) NO FURTHER REPRISAL OR DISCRIMINATION

*SPECIAL NOTE: I REMAIN OPEN TO MEDIATION/ADR DISCUSSION ON ALL ISSUES.

| 1. DATE OF THIS COMPLAINT (Month, Day, Year)   JULY 11, 2004 | 11. SIGN YOUR (COMPLAINANT'S) NAME HERE |
|---|---|

Rev. 7791
U.S. Office of Personnel Management
FPM Supp. 296-33. Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| WOODRUFF, PHILLIP S | 6396 | | 05-08-44 | 01-01-04 |

| 5-A. Code | 5-B. Nature of Action | | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|---|
| 773 | EXT OF LWOP NTE 06282004 | | | |
| 5-C. Code | 5-D. Legal Authority | | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | | |
| 5-E. Code | 5-F. Legal Authority | | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 18. TO: Position Title and Number |
|---|---|
| SUPERVISORY PUBLIC AFFAIRS SPECIALIST<br>PD NO=12-G702    BU NO=WAHD0034<br>ORG=HD001        CST CNTR=P330 | |

| 8. Pay Plan | 9. Occ. Code | 10.Grade or Level | 11.Step or Rate | 12. Total Salary | 13.Pay Basis | 16. Pay Plan | 17. Occ. Code | 18.Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $116,786 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $103,589 | $13,197 | $116,786 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ASST ADMIN FOR HUMAN RESOURCE MGMT<br>OFFICE OF LEARNING & DEVELOPMENT<br>WASHINGTON, DC 20591 | |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref. for RIF |
|---|---|---|---|
| 2 | 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 | 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | | ☒ YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 | BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9 | NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 | CSRS | 02-05-80 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 | 1 - Competitive Service  3 - SES General<br>2 - Excepted Service  4 - SES Career | E | E - Exempt<br>N - Nonexempt | SEE REMARKS BELOW | 8888 |

| | Duty Station Code | 38. Duty Station (City - County - State or Overseas Location) |
|---|---|---|
| | 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 401 .0  /000/810  /P330  /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

*Recid = [?]*
*4/22/04*
*[?]*

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Alfreda Terrell* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
|---|---|---|---|
| TD-03 | 1675 | 01-30-04 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

*COPY W/ ORIGINAL / PWL 7/11/2004*


20

  **Memorandum**

U.S. Department
of Transportation
Federal Aviation
Administration

**Subject:** Notice of Final Interview and
Right to File a Discrimination
Complaint

**Date:** 6/28/04

**From:** EEO Counselor
Barbara Gardner

**Reply to**
**Attn. Of:** B. Gardner
202-287-8462

**To:** Philip Woodruff

This is to inform you that because the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, reprisal and/or sexual orientation. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 calendar days after receipt of this notice, with the following official authorized to receive discrimination complaints:

Original to:

Regional Director
Department of Transportation
Departmental Office of Civil Rights
Washington DC Regional Office (S-342)
400 Seventh Street SW
Washington, DC 20590

Copy to:

Federal Aviation Administration
Assistant Administrator for Civil Rights
Complaints Team (ACR-5)
800 Independence Avenue SW
Washington, DC 20591

The complaint must be specific and contain only those issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure; an appeal to the FAA Tri-Party Panel; or a complaint with the Merit System Protection Board on the same claim(s). For your use, a copy of the Complaint of Discrimination in the Federal Government form is provided.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the Regional Director of the Departmental Office of Civil Rights, in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

If your allegation concerned sexual harassment; misconduct of a sexual nature; reprisal for having reported sexual harassment; allegations or incidents of verbal, written, graphic or physical harassment; or other misconduct that creates or may create an intimidating, hostile or offensive work environment, it was reported to the FAA Accountability Board. If you had requested anonymity, the report was made such not to reveal your identity. The report to the Accountability Board does not alter the periods of the EEO complaint process in any way.

_____                    _Woodff_ 7/11/2004

EEO Counselor                              Aggrieved's Acknowledgement    Date
                                          of Receipt

Attachment

NOTE: THIS COMPLAINT HAS BEEN RESOLVED TO
SOME DEGREE, INCLUDING THE LWOP
ISSUE. WRITTEN CONFIRMATION HAS BEEN
PROMISED VIA ACR FROM AHR. _Woodff_

CR-6
Revised 07/00

 (21)

| 1. Name (Last, First, Middle) | | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|---|
| WOODRUFF, PHILLIP S | 6396 | | 05-08-44 | 01-01-04 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 773 | EXT OF LWOP NTE 06282004 | | |
| 5-C. Code 5-D. Legal Authority | | 6-C. Code 6-D. Legal Authority | |
| ZVB | P.L. 104-50 | | |
| 5-E. Code 5-F. Legal Authority | | 6-E. Code 6-F. Legal Authority | |

7. FROM: Position Title and Number

SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702        BU NO=NAHD0034
ORG=HD001           CST CNTR=P330

15. TO: Position Title and Number

| 8. Pay Plan | 9. Occ. Code | 10.Grade or Level | 11.Step or Rate | 12. Total Salary | 13.Pay Basis | 16. Pay Plan | 17. Occ. Code | 18.Grade or Level | 19.Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $116,786 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $103,589 | $13,197 | $116,786 | $0 | | | | |

14. Name and Location of Position's Organization

ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
WASHINGTON, DC 20591

22. Name and Location of Position's Organization

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|---|
| 2 | 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other<br>2 - 5-Point  4 - 10-Point/Compensable  6 - 10 Point/Compensable/30% | 1 | 0 - None  2 - Conditional<br>1 - Permanent  3 - Indefinite | YES [ ]  NO [ ] |

| 27. FEGLI | | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|---|
| N1 | BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|---|
| 1 | CSRS | 02-05-80 | F | |

| 34. Position Occupied | | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|
| 2 | 1 - Competitive Service  3 - SES Career<br>2 - Excepted Service  4 - SES Cmpd | E  E - Exempt<br>N - Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY - 5 |

45. Remarks

APPROP = 401 .0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

*Recd = Mail
4/2x/04
pmrs*

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Angela Ferrell* |
| 47. Agency Code | 48. Personal Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 01-30-04 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part         1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

(22)

...ANSMISSION VERIFICATION REPORT

TIME : 06/27/2004 23:18
NAME : ATX 100
FAX  : 2022679228
TEL  : 2022677623

DATE,TIME          06/27 23:17
FAX NO./NAME       93018564636
DURATION           00:01:48
PAGE(S)            05
RESULT             OK
MODE               STANDARD
                   ECM

23

# BACKGROUND INFORMATION





**U.S. Department**
**of Transportation**
**Federal Aviation**
**Administration**

# Memorandum

Subject: **ACTION**: Request for Extension
of EEO Counseling

Date: 6/18/04

From: Aggrieved
*Philip Woodraff*

Reply to
Attn. Of: *B. Gardner*

To: Office of Civil Rights

Under the authority of 29 CFR 1614.105, an EEO Counselor is required to conduct the
final interview with an aggrieved individual within 30 calendar days of the date the
matter was brought to the counselor's attention.

My initial contact date for EEO counseling was __5/19/04__
I hereby request EEO counseling to be extended for an additional __4__
(not to exceed 60) calendar days. I understand this is merely an extension of the
counseling period. It does not compromise my right to file a formal discrimination
complaint.

_____        __6/18/2004__
Aggrieved                              Date

Concur: _____     __6/18/2004__
EEO Counselor                          Date

Concur: _____     __6/8/04__
Office of Civil Rights Complaints Manager   Date

STATE REASON FOR NON-CURRENCE:

| Post-it® Fax Note | 7671 | Date 6/18/04 | pages ► 1 |
|---|---|---|---|
| To P. Woodruff | | From B. Gardner | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |
| Fax # 301-856-4636 | | Fax # 202-267-9228 | |



CR-6
Revised 07/00

TRANSMISSION VERIFICATION REPORT

```
                                    TIME : 06/18/2004 12:13
                                    NAME : ATX 100
                                    FAX  : 2022679228
                                    TEL  : 2022677623
```

```
        DATE,TIME            06/18 12:12
        FAX NO./NAME         93018564636
        DURATION             00:00:29
        PAGE(S)              01
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

26



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

Subject: **ACTION**: Request for Extension
of EEO Counseling

Date: 6/18/04

From: Aggrieved
*Philip Woodruff*

Reply to
Attn. Of: *B. Gardner*

To: Office of Civil Rights

Under the authority of 29 CFR 1614.105, an EEO Counselor is required to conduct the
final interview with an aggrieved individual within 30 calendar days of the date the
matter was brought to the counselor's attention.

My initial contact date for EEO counseling was ___5/19/04___.
I hereby request EEO counseling to be extended for an additional _____
(not to exceed 60) calendar days. I understand this is merely an extension of the
counseling period. It does not compromise my right to file a formal discrimination
complaint.

_____     _____
Aggrieved                                                          Date

Concur:

_____     _____
EEO Counselor                                                   Date

Concur:

_____     _____
Office of Civil Rights Complaints Manager          Date

STATE REASON FOR NON-CURRENCE:



| Post-it® Fax Note | 7671 | Date 6/18/04 | # of pages ▶ 1 |
|---|---|---|---|
| To *P. Woodruff* | | From *B. Gardner* | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # | |

(27)

CR-6
Revised 07/00

TRANSMISSION VERIFICATION REPORT

```
                                TIME : 06/18/2004 11:25
                                NAME : ATX 100
                                FAX  : 2022679228
                                TEL  : 2022677623
```

```
DATE,TIME           06/18 11:25
FAX NO./NAME        93018564636
DURATION            00:00:24
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

(28)



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

| | |
|---|---|
| Subject: **INFORMATION**: Designation Representative | Date: 5/25/2004 |
| From: Aggrieved | Reply to Attn. Of: |

To: Office of Civil Rights

The person or firm listed below has been designated as my representative regarding my EEO complaint of discrimination:

NAME: _Lisa Smith Sanders, Esq._

ADDRESS: _14452 Old Mill Rd._
_Po Box 1429_
_Upper Marlboro, MD 20772_

TELEPHONE
NUMBER: _(301) 574-1338_

FAX
NUMBER: _(301) 574-1435_

Note: PLEASE COPY BOTH PARTIES ON ANY
CORRESPONDENCE / COMMUNICATION. / And.
e.g. Aggrieved (Woodruff) +
Representative (Sanders)

_Thank you  Ext._

(29)

Barbara

Mr. woodruff withdrew his request for mediation. He is now back to doing traditional EEO counseling. His claim is against Chris Corner A#L and Mary Ellen Dif. Thanks,
Lee

Left thru today

Call DF@10ᵃ for msg.

Called DF@

called back 4p no ans

he is traveling since Tues

an id to exten duele

**Effective Communication Tips**

Philip Woodruff

307  868-9382

INFO  FAX 30;
856-4636

**Magellan** Behavioral Health

When in a disagreement, validate what a person is saying before responding. For example, "I understand your point, but I feel..."

1/a
Darlene Freeman
5202 (34333)

79041 Scheduler

Chris Corner
6/14 @ 9a
Rm 522

30

U.S. Department
of Transportation

**Federal Aviation
Administration**

# Memorandum

Subject : **INFORMATION:** INITIAL CONTACT FORM                Date:   05/25/2004

From:  EEO Counselor

To:    Office of Civil Rights                            Reply to Attn. Of:

**InformalCaseNumber :**      AWA-FY2004-00~~50~~

## I. REQUIRED ELEMENTS

### A. AGGRIEVED PERSON

**Name:**   Mr. Phillip  Woodruff

**Job Title/Series Grade:**   Supervisory Public Affairs Specialist / GM-15

**Place of Employment (Office or Facility Name):**   Headquarters

**Work Telephone No:**                    **Home Telephone No:**   (301) 868-9383

**Mailing Address:**   10812 Brookwood Avenue
                       Upper Marlborough 20772

**Aggrieved 's Representation (If Applicable):**

**Name:**    Lisa S Sanders

**Address:**    14452 Old Mill Road, Suite 101, Upper Marlborough MD 20773

**Telephone No:**(301) 574-1338

**Region**

*In which FAA region did the alleged discrimination take place?*

   HeadQuarters (AWA)

**Line Of Business**

*In which FAA Line of Business or Staff Office did the alleged discrimination take place?*
   AHR/AHR-15

CR-9                                         (31)                    Page:   1

**B. CHRONOLOGY OF EEO COUNSELING**

| | |
|---|---|
| 05-19-2004 | Date of Initial Contact |
| 05-21-2004 | Date of Initial Interview |
| 04-20-2004 | Date of Alleged Discriminatory Event |
| 06-04-2004 | 45 th Day After Discriminatory Event |

**Reason for delayed contact beyond 45 days ( if applicable):**

Date of Notice of Final Interview & Right to File
Date Counseling Report Requested
Date Counseling Report Submitted by Counselor

**C. BASIS (ES) FOR ALLEGED DISCRIMINATION**

| BASIS | SPECIFICS |
|---|---|
| Age | 05/08/1944 |
| Color | White |
| Disability - Mental | |
| Disability – Physical | aggrieved is on total disability status |
| Gender(Sex) | Male |
| National Origin | Native American |
| Race | |
| Religion | |
| Sexual Orientation | |
| Reprisal | aggrieved has existing complaints |

*Complainant's Description of Alleged Discrimination :*

Disparate Treatment - Alleges that management is trying to force him to retire. On April 20 management issued SF-50, rducing his salary, terminating his LWOP status even with the knowledge that his docotor says he is totally disable through the end of the year.

**D. CLAIM**

PRECISE DESCRIPTION OF THE CLAIM(S) COUNSELED

| CLAIM | SPECIFICS |
|---|---|
| Accommodation | |
| Appointment/Hire | |
| Assignment Of Duties | |
| Awards | |
| Breach | |
| Constructive Discharge | |
| Conversion to full-time | |



CR-9

Disciplinary Action-Demotion
Disciplinary Act-Other
Disciplinary Act-Reprimand
Disciplinary Act-Suspension
Disciplinary Act-Termination

The aggrieved has been issued a notice to terminate employment though he is on total disability

Duty Hours
Equal Pay Act Violation
Evaluation /Appraisal
Examination/Test
Harassment- Non-Sexual*
Harassment- Sexual*
Harassment- Non-Sexual HWE*
Harassment- Sexual HWE*
Harassment- Sexual QPQ*
Pay Including Overtime
Promotion or Non-Selection
Reassignment-Directed
Reassignment-Req. Denied
Reinstatement
Retirement
Section 508
Terms/Conditions of Employ
Time and Attendance
Training
Other

## *Note to EEO Counselors:

If Harassment - Non - Sexual or Harassment - Sexual is alleged , you must call (202) 493-4103 to report the allegation(s) to the FAA Accountability Board. Call within two workdays of the initial contact with aggrieved individual. If the aggrieved individual wishes to remain anonymous, you must report the facts in a way to conceal the identity of the aggrieved person.

Date contacted Accountability Board:
Accountability Board person contacted:

**E. REMEDIES REQUESTED**    (Describe the requested remedies. If possible, relate remedies to specific claims).

1) Restore his LWOP status

2) Stop efforts to terminated his position and him

3) Stop the downgrade and reduction of his salary

4) Stop reprisal and other adverse actions.

**F. EEO COUNSELOR'S CHECKLIST**
Did the Counselor advise the Aggrieved in writing of the Rights and Responsibilities Contained in the EEO Counselor's Checklist?.

( Yes )              No


(33)

CR-9                                                             Page:    3

## A. IF THE COUNSELOR ATTEMPTED RESOLUTION
(NOTE: Unless the Aggrieved person selected mediation , the EEO counselor must complete this section.)

## B. SUMMARY OF INFORMATION GIVEN TO THE
   AGGRIEVED PERSON AND TO THE AGENCY OFFICIAL
(Include information about the Mediation process).

"Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process" Document

8 Appendices that accompany the "Aggrieved Person's Rights and Responsibilities in the EEO Complaint Process" Document

"Agreement to Use a Dispute Resolution Proceeding" Document

"Designation of Representative" Memorandum

**ATTACHMENTS**   (Add other attachments as necessary).

"Notification of Personnel Action"

_____                    _____
  Name of EEO Counselor                          Telephone Number


_____                    _____
  Signature of EEO Counselor                     Office Address



34



**Phyllis Seaward**

06/08/2004 06:30 PM

To: Barbara Gardner/AWA/FAA@FAA
cc:
Subject: MAKE CORRECTION:

Hey Babs,

I just noticed a mistake for the pre-complaint number listed on Woodruff's Initial Contact Form, the pre-complaint number should be "AWA-FY2004-0089" not "0060". Also, I assigned your name to this case in the EEO tracking system.

Thanks,

*Phyllis A. Seaward*
*Office of Civil Rights*
*HQ Complaints Services, ACR-5*
*w-(202) 267-9931*
*f- (202) 267-5960*
*phyllis.seaward@faa.gov*

35



FEDERAL AVIATION ADMINISTRATIC
FAA OFFICE OF CIVIL RIGHTS
NATIONAL INTAKE FORM



FAA Office of Civil Rights

**Date Contacted Intake Unit:** 5/19     **Informal Case Number:** AWA FT2004-0089

**Intent to File Date (Initial Contact Date stopped the 45 day "clock"):** 5/19/04

**With whom and how was initial contact made:** Intake Unit

## PERSONAL DATA

**Name:** Phillip Woodruff

**Work Address:** N/a

**Home Address:** 10812 Brookwood Avenue, Upper Marlboro, MD 20772

**Work Telephone:** n/a **Home Telephone:** 301 868-9383 **Cell Phone:**

**Organization: (LOB/SO)** AHR
            **(HQ/Region/Center)** AWA **Routing Symbol:** AHR-15
            **(Facility)** FOB-10A
            **(Location)** Washington, D.C.

**Manager responsible to correct the situation:** Chris Comer, AHL-100

## REASON FOR CONTACT/ CONTACT INFORMATION

**1. Reason for contact:** Disparate Treatment

**2. Organization where concern(s) occurred:** AHR (AHL)

**3. Summary of concern(s) (when, what):** Disparate Treatment - Alleges that management is trying to force him to retire. On April 20 management issued SF-50, rducing his salary, terminating his LWOP status even with the knowledge that his docotor says he is totally disable through the end of the year.

**4. Do you wish to start the EEO Process at this time?  Yes ☒ . No . ☐**

**5. Basis: race ☐  ; color ☐  ; religion ☐  ; sex ☐ ; national origin ☐  reprisal ☒ Previous Complaints age (40 and over) ☐  ; disability (mental or physical) ☐  ; sexual orientation ☐     None apply ☐**

**6. Action desired:** Restore his LWOP status

Stop efforts to terminated his position and him

Stop the downgrade and reduction of his salary

Stop reprisal and other adverse actions.

**7. Do you wish to be anonymous at this time?     Yes ☐  No ☒**

**8. Do you prefer?  traditional counseling ☐     OR  ADR ☒**

**9. Preferred counselor. (include only if caller identifies one):**

**10. Accountability Board:  date notified n/a  person contacted**

36

Helen Savoy                                          A'    (ACR-5)
**Specialist (Printed Name and Signature)**   **ACR office referred to and date**

**Additional Comments:** Mr. Woodruff provided the name of his attorney, Lisa Smith Sanders.

**Schedule:**



FEDERAL AVIATION ADMINISTRATION

JULIE BROUSSARD BERKO
Employee Relations Specialist

(202) 493-4626 Voice
(202) 267-5748 Fax
julie.b.berko@faa.gov

Office of Human Resource Management
800 Independence Avenue, S.W.
Washington, DC 20591

38

Berko
26 salary

301-868-93.5

6 mos ext of LWOP - sup when ext (indicated to some
the health situation would improve during time frame of SF 50

No intent to demote / reduction in salary

on LWOP process - ext? DF will ✓ on whether
an extension is forthcoming - trying to schedule a meeting
50 not intended as termination - next week asked that
it happen ASAP - will call -

Computed differently by OWCP - info is not merged

DOL paid - based on salary when last worked
gets annual COLA - inf or stopped work
6 COLA on 3/1 of yrs + pay rate -

4/30/97  75% of pay

(39)



**New meeting request from Darlene Freeman**

| | |
|---|---|
| Begins: | 06/15/2004 11:00 AM Local Time |
| Ends: | 06/15/2004 12:00 PM Local Time |
| Title: | Barbara Gardner re: EEO |
| Location: | -No room information available- |
| Chair: | Darlene Freeman/AWA/FAA |
| Sent by: | Tiwanda Yarborough/AWA/FAA |
| To (required): | Barbara Gardner/AWA/FAA@FAA |
| cc (optional): | |

**Description**





**Barbara Gardner**                    To: Christine Comer/AWA/FAA
06/07/2004 04:25 PM                    cc:
                                       Subject: Info request

Ms. Comer,
I would like to meet with you to discuss an EEO inquiry I am conducting. I left a message for you today at 2p, after trying for several days to get a good telphone number. Please contact me at X79462.

Thank You

Barbara Gardner
EEO Counselor

(41)

## Return Receipt

| | |
|---|---|
| Your document: | Info request |
| was received by: | Christine Comer/AWA/FAA |
| at: | 06/07/2004 04:32:26 PM |



rfuel
9/95

Issue Before as today - is based on prior
Cases —

alary/a
tme 87K

Every yr OWCP get annual raise w/50 showing new
salary — no TSP nor LTCare — salary frozen @ 97

97 salary

70K

level — records not kept up to date. In Hospital 5/27,
Dr. states chance to return to work within 1 yr with
wheelchair accomodations — accomodations withdrew and back
on OWCP —

52 comes extending LWOP to end of yr, showing
pay etc, — from ATL master payroll

Mtg w/Judge 4/30 judge iss order 7AA gave no response
2 offers given — Return to work @ lower pay by 8/2/04
or immediate retirement

his is (1)
they the
urgent

Sorp 50 recd 4/26 — back dated to 1/1/04, chgs salary
to last yrs fig — but not this yrs — extends LWOP
to 6/28/04 — no info on right side of paper
means after 6/28/04 PW is terminated!

ve

Race, Color, Religion, Natl Origin, reprisal, age 60
disability, physical

continue Extend LWOP ~~to~~ as in the past ~~until the 7 Each~~
Take/Stop any termination actions
~~Return salary~~ Correct salary to master PR level 120 K
(2) Stop any + all adverse action
Stop all reprisal activities
(43)

This action is separate and distinct from all others.

Still open to mediation. State Phil's regrets if accepted.

Paul Meyer, Chris Corner — unacceptable as Darlene Olsen

Head of HR —

44

HR could need until next week to decide if ADR

Prefer ADR -

Issue very serious matter - Need answers
in a specific timeframe that does not
permit HR delay.

Informal process of EEO will get some
info needed.

De tata i discontinuity, with limited time + energy to
do this

Civil Right has not given you 99% of info
given to Helen 9 days ago - Cost me 10 days of
precious time - not your fault - will talk to
Helen about it -

PW   on OWCP for several yrs foo on job
Injury 9/1995   Well documented -
slip+fall - hip, back, shoulder
Have action EEO complaint in system
Injury not ???ed - In 1996 Ngd disability
with meds until 1997 when Dr stated surgery
mandatory - Eoyang violated detail agreement
made chgs - to take away authority - reassigned
my duties - Went surgery denied job, lean
forced to work when this had on fatal disorder -
couldn't use sick leave.   (45)

ndard Form 50
v. 7/91
FPM Supp. 296-33, Subch. 4
U.S. Office of Personnel Management

5/28/04 ACR-FV1 psg

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S           6396 | 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 | 05-08-44 | 01-01-04 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 773 | EXT OF LWOP NTE 06282004 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number |
|---|
| SUPERVISORY PUBLIC AFFAIRS SPECIALIST |
| PD NO=12-G702       BU NO=NAHD0034 |
| ORG=HD001        CST CNTR=P330 |

| 15. TO: Position Title and Number |
|---|
| |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $116,786 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $103,589 | $13,197 | $116,786 | $0 |

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

| 14. Name and Location of Position's Organization |
|---|
| ASST ADMIN FOR HUMAN RESOURCE MGMT |
| OFFICE OF LEARNING & DEVELOPMENT |
| WASHINGTON, DC 20591 |

| 22. Name and Location of Position's Organization |
|---|
| |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 | 1 - None   3 - 10-Point/Disability   5 - 10-Point/Other
2 - 5-Point   4 - 10-Point/Compensable   6 - 10-Point/Compensable/30% | 1   0 - None   2 - Conditional
1 - Permanent   3 - Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| I1   BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 02-05-80 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1 - Competitive Service   3 - SES General
2 - Excepted Service   4 - SES Career | E   E - Exempt
N - Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

| 45. Remarks |
|---|
| APPROP = 401 .0 /000/810 /P330 /1111 |
| SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%. |

Rec'd is mar!
4/22/04
psg

NOTE: My current Salary
on SF-50 is higher @
$119,267. psg this
is adverse action.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| Agency Code    48. Personnel Office ID    49. Approval Date | Alfreda Terrell |
| D-03    1675    01-30-04 | APPROVING OFFICIAL |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 8/30/93
NSN 7540-01-333-6236





# Memorandum

**U.S. Department of
Transportation**

Office of the Secretary
Of Transportation

Subject: **Request for EEO Counselor's Report For
DOT Complaint No. 2004-18070-FAA-02**

Date: 7/15/2004

From: Tami L. Wright, Director
Washington Regional Office, S-342

Reply to
Attn of:

To: Phyllis Seaward, ACR-5

This is to notify your office that Phillip S. Woodruff has filed a formal complaint of discrimination against the Department of Transportation, Federal Aviation Administration. For purposes of 29 C.F.R. Part 1614, the date filed is July 14, 2004, the date the complaint was mailed to our office. Mr. Woodruff has identified Barbara Gardner as his EEO Counselor.

Please provide the EEO Counselor's Report for the subject complaint within fifteen (15) calendar days of your receipt of this notice. You should forward the report to:

> Tami L. Wright, Director
> Washington Regional Office
> Department of Transportation
> Departmental Office of Civil Rights
> 400 7th St., SW, RM 2104
> Washington, DC 20509

Once an EEO complaint is filed, an agency is required to retain all records relating to the personnel action involved in the complaint until all appeal rights have been exhausted, irrespective of any other retention schedule records. Additionally, the same records must be retained for all employees or applicants who are similarly situated to or who are complainant's comparatives. The failure of the Federal Aviation Administration to retain these records will result in an adverse inference drawn with regard to the action at issue in accordance with 29 C.F.R. 1614.108(3)(i). It is the responsibility of your office to notify all relevant parties of these record retention requirements.

Thank you for your prompt response to this request. If you have any questions on this matter, please give me a call on 202-366-5988 you can reach me by e-mail at Tami.Wright@ost.dot.gov.

(47)

## Petree, Devonna

o:                    Seaward, Phyllis <FAA>
Subject:              Request CR & Retention of Records



Request CR &
Retention of Reco...

Attached please find a request for counselor's report filed by Phillip S. Woodruff dated on July 14, 2004.

Thanks In Advance
DeVonna Petree

(48)

(49)



**U.S. Department
of Transportation
Federal Aviation
Administration**

# Memorandum

*Copy w/ Original Complaint
7/11/2004 pmg.*

**Subject:** Notice of Final Interview and
Right to File a Discrimination
Complaint

**Date:** 6/28/04

**From:** EEO Counselor
Barbara Gardner

**Reply to
Attn. Of:** B. Gardner
202-267-9462

**To:** Philip Woodruff

This is to inform you that because the matter you brought to my attention has not been resolved to your satisfaction, you are now entitled to file a discrimination complaint based on race, color, religion, sex, national origin, physical or mental handicap, age, reprisal and/or sexual orientation. If you file a complaint, it must be in writing, signed, and filed, in person or by mail within 15 calendar days after receipt of this notice, with the following official authorized to receive discrimination complaints:

Original to:

Regional Director
Department of Transportation
Departmental Office of Civil Rights
Washington DC Regional Office (S-342)
400 Seventh Street SW
Washington, DC 20590

Copy to:

Federal Aviation Administration
Assistant Administrator for Civil Rights
Complaints Team (ACR-5)
800 Independence Avenue SW
Washington, DC 20591

The complaint must be specific and contain only those issues discussed with me. It must also state whether you have filed a grievance under a negotiated grievance procedure; an appeal to the FAA Tri-Party Panel; or a complaint with the Merit System Protection Board on the same claim(s). For your use, a copy of the Complaint of Discrimination in the Federal Government form is provided.

If you retain an attorney or any other person to represent you, you or your representative must immediately notify the Regional Director of the Departmental Office of Civil Rights, in writing. You and/or your representative will receive a written acknowledgment of your discrimination complaint from the appropriate agency official.

If your allegation concerned sexual harassment; misconduct of a sexual nature; reprisal for having reported sexual harassment; allegations or incidents of verbal, written, graphic or physical harassment; or other misconduct that creates or may create an intimidating, hostile or offensive work environment, it was reported to the FAA Accountability Board. If you had requested anonymity, the report was made such not to reveal your identity. The report to the Accountability Board does not alter the periods of the EEO complaint process in any way.

_Barbara Gardner_
EEO Counselor

_P.W. Woodruff_  7/11/2004
Aggrieved's Acknowledgement    Date
of Receipt

Attachment

NOTE: THIS COMPLAINT HAS BEEN RESOLVED TO
SOME DEGREE, INCLUDING THE LWOP
ISSUE. WRITTEN CONFIRMATION HAS BEEN
PROMISED VIA ACR FROM AHR. P.W. Woodruff

CR-6
Revised 07/00

(50)