**Defendants' Exhibit No. 3**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**



**U.S. Department of Transportation**
Office of the Secretary of Transportation

Departmental Office of Civil Rights

Washington Regional Office
400 Seventh Street, S.W.
Washington, D.C. 20590

AUG 1 0 2004

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772

Ref: DOT Complaint No. 2004-18070-FAA-02

Dear Mr. Woodruff:

This is in further reference to your complaint filed on July 14, 2004, against the Department of Transportation, Federal Aviation Administration (FAA). Complaints filed against the Department of Transportation are processed in accordance with the Equal Employment Opportunity Commission (EEOC) regulation, 29 C.F.R. Part 1614, et. seq. Based on a thorough review of your complaint, the EEO counselor's report, and related documents, the following claim has been accepted for investigation:

> Were you discriminated against based on your **race** (white), **color** (white), **national origin** (Native American), **sex** (male), **age** (60; DOB 5/8/44), **disability**, and **reprisal** (prior EEO activity) when on April 20, 2004 management issued a Notification of Personnel Action (SF-50) reducing your salary and terminating your leave without pay status in an attempt to force you to retire?

Any request for correction to the claim as stated, must be submitted to this office in writing within five calendar days of your receipt of this letter. If you do not respond within the five day period, it will be assumed that the claim is correctly stated.

You will be contacted directly by the investigator assigned to investigate your complaint.

If you wish to engage in settlement efforts, you may participate in the One DOT Sharing Neutrals Program or FAA's Alternative Dispute Resolution Program by completing the attached form and returning it to this office at the address provided or by fax (202) 493-2064. Please indicate your preference regarding the ADR Program

(1)

you wish to utilize in the event mediation is agreed upon by both parties. Upon receipt, the appropriate management official's will be notified of a request to participate in the mediation process. Participation in mediation is voluntary. You will be notified of the agency's determination to participate in mediation.

If you have additional questions regarding the processing of your complaint, you may contact me at the address provided, by e-mail (tami.wright@ost.dot.gov), by telephone (202) 366-0440, or TTY (202) 366-0663.

Sincerely,

Tami L. Wright
Regional Director

Enclosures:   1) Mediation Request Form
              2) Mediation Pamphlet

cc:   ACR-1
      w/o enclosures

      AGC-30
      w/o enclosures