**Defendants' Exhibit No. 4**
**Woodruff v. Mineta, Civil No. 05-2071 (PLF)**

SEP. 1.2004   1:45PM   301 DOT OFC CIVIL RIGHTS                                    NO.870   P.2

# PHILLIP S. WOODRUFF

August 17, 2004

Tami Wright

Regional Director - Departmental Office Civil Rights

Office of the Secretary of Transportation

Washington Regional Office

400 Seventh Street, S.W.

Washington, D.C. 20590

Dear Ms. Wright:

    Re: DOT Complaint No. 2004-18070-FAA-02

This is in response to your letter received on August 18, 2004.

With regard to corrections requested, the formal complaint that I filed states that my race is White/Native American. I am classified as Native American in the DOT/FAA official records and should be designated as such. The formal complaint clearly states that the age issue is "Reserved for Federal Court direct," meaning that I do not wish to claim age in this complaint.

The issues stated in the formal complaint are LWOP extension, salary reduction, termination actions, adverse actions, further reprisal. Additional items were discussed with the counselor and are evidenced in the informal and formal complaint documents. All issues should be considered in any investigation or ADR.

The other claims as noted in your letter appear to be stated correctly. The request for mediation is attached. The One DOT Sharing Neutrals Program is requested.

Sincerely,

Phillip S. Woodruff

PSW:mm

10512 BROOKWOOD AVENUE   UPPER MARLBORO, MARYLAND 20772

TELEPHONE: 301-868-9383 • FAX: 301-856-4636

(1)

2



| U.S. Department of Transportation | Departmental Office of Civil Rights | Washington Regional Office 400 Seventh Street., S.W. Washington, D.C. 20590 |
|---|---|---|
| Office of the Secretary of Transportation | | |

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
JUL 15 2004

Mr. Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772

Dear Mr. Woodruff:

This is to advise you that we are in receipt of your formal complaint of discrimination dated on July 11, 2004, alleging discrimination by the Department of Transportation, Federal Aviation Administration. For the purposes of 29 C.F.R. Part 1614, the date filed is July 14, 2004, the date on which the complaint was mailed to this office.

Your correspondence will be reviewed, along with the counselor's report and other pertinent information, to determine if it meets the requirements of a formal complaint pursuant to the Equal Employment Opportunity Commission (EEOC) regulation, at 29 C.F.R. Part 1614.

If your complaint is accepted, the Department will conduct a fair and appropriate investigation of your complaint within 180 calendar days of the filing of your complaint unless you agree in writing to extend the period. If you amend your complaint, the Department will complete its investigation within the earlier of 180 days after the last amendment to the complaint or 360 days after the filing of the original complaint.

At the conclusion of this process, you will be issued a copy of the Report of Investigation (ROI) and a 'Request for a Hearing' form. You will have 30 calendar days from your receipt of the ROI to request a hearing before an Administrative Judge of the EEOC, or a final agency decision to be issued by the Departmental Office of Civil Rights. Unless your complaint is a "mixed complaint" and includes claims that are appealable to the Merit Systems Protection Board (MSPB), you may request a hearing before an Administrative Judge of the EEOC at any time after 180 days have elapsed from the filing of your complaint.

Your request for a hearing must be in writing and addressed to:

> **Director**
> **Equal Employment Opportunity Commission**
> **Washington Field Office**
> **1400 L Street, N.W., Suite 200**
> **Washington, DC 20005**

You must also send a copy of your request for a hearing to the Departmental Office of Civil Rights at the letterhead address.

If the Department fails to issue a final decision within 180 calendar days from the date your formal complaint was filed, you may initiate a civil court action in the appropriate U.S. District Court.

You have the right to appeal the final decision or dismissal or your complaint to the Equal Employment Opportunity Commission's (EEOC) Office of Federal Operations, P.O. Box 19848, Washington, D.C. 20036. Such appeals must be filed by you in writing and be received by the EEOC Office of Federal Operations within 30 calendar days from the date you receive that decision or dismissal of your complaint. You will still reserve the right to file a civil court action within 90 calendar days following the date you receive a decision from the Office of Federal Operations.

If you have any questions, please contact me at the letterhead address and/or telephone number.

Sincerely,

*[signature]*

Tami L. Wright
Regional Director


cc:   Fanny Rivera, ACR-1

(4)

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>P. Woodruff                 7.22.0V |
| 1. Article Addressed to:<br><br>Mr. Phillip S. Woodruff<br>10812 Brookwater Avenue<br>Upper Marlboro, MD 20772<br><br>Ref: Ackn Ltr / 2004-18070-FAA-02 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0003 1361 5604 |

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540

(5)

# Route Slip



**U.S. Department of Transportation**
**Federal Aviation Administration**

To: ~~Jami Knight~~ Washington Headquarters
Regional Director Equal
Employment Opportunity
Branch, S-342

Date: 7/22/04

Subject: Submission of EEO Counselor's Report:

Action:
_X_ Per Your Request      ___ Discuss with Me        ___ Take Appropriate Action
___ For Your Information  ___ For Your Approval      ___ Please Answer
___ Per Our Conversation  ___ For your Signature     ___ Prepare Reply for:
___ Note and Return       ___ Comment

Remarks:

Per your request, attached is the EEO Counselor's Report for Complainant _Phillip Whiteluff_.

If I can be of further assistance on this matter, please contact me at (202) 267-9931.

Phyllis A. Seaward
EEO Specialist, ACR-5D

Phone: (202) 267-9931       FAX: (202) 267-5960

Attachment
EEO Counselor's Report

Crrs2



AUG.27.2004   3:11PM   DOT OFC CIVIL RIGHTS                                    NO.838   P.2/2



U.S. Department of
Transportation

Office of the Secretary
of Transportation

400 Seventh Street., S.W.
Washington, D.C. 20590

## LETTER OF AUTHORIZATION

This Letter of Authorization is provided to Mary Anne Brennan, an employee of Delaney, Siegal, and Zorn, to conduct an investigation in the matter of Phillip S. Woodruff (DOT Case 2004-18070-FAA-02). Ms. Brennan is authorized to collect and to discover factual information concerning the issues in the referenced complaint, to develop a complete and impartial record upon which to make findings on the matters raised by the written complaint, and to prepare an investigative summary. The complainant, the Department of Transportation (DOT), and any employee of the agency shall produce such documentary evidence, as the investigator deems necessary.

The investigator is authorized to administer oaths, to interview witnesses under oath or affirmation, and to obtain sworn affidavits. Witnesses are required to provide sworn testimony under penalty of perjury and to otherwise cooperate with the investigator in the conduct of his/her official duties.

The investigator is authorized to obtain comparative information or data, including copies of relevant personnel records, policies, procedures, or other statistical information that may address the issues in the referenced complaint.

The investigation shall include a thorough review of the circumstances under which the alleged discrimination occurred, the treatment of members of the complainant's group identified by the complaint as compared with the treatment of other employees in the organizational segment in which the alleged discrimination occurred, and any policies or practices related to the work situation which may constitute, or appear to constitute, discrimination even though they have not been expressly cited by the complainant.

When the complainant, the DOT, or its employees fail without good cause shown to respond fully and in timely fashion to requests for documents, records, comparative data, statistics, affidavits, or the attendance of witnesses, the investigator may note in the investigative record that the decision maker may, in appropriate circumstances, draw an adverse inference that the requested information, or the testimony of the requested witness(es), would have reflected unfavorably on the party refusing to provide the requested information.

For the U.S. Department of Transportation

_____
Tami L. Wright, Regional Director
Washington Regional Office
Departmental Office of Civil Rights

AUG 27 2004
_____
Date
(This letter expires 60 days from this date)

