**Defendants' Exhibit No. 5**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

**EXHIBIT F1**

State of Maryland
County of Prince George's

I, Phillip S. Woodruff (Race: White/Native American, Color: White, National Origin: United States of America, Sex: Male, Age: 60, and Reprisal for prior EEO complaint activity); Current Position Description: Supervisory Public Affairs Specialist [Division Manager], Current Series FM-1035 and Grade Level GM-15, FAA Headquarters, Washington, DC, Office of Human Resources; make following statement to Mary Anne Brennan, in response to her questions. Ms. Brennan has identified herself to me as a subcontractor EEO Contract Investigator for DSZ, Inc., who is a contractor for the following federal agency: United States Department of Transportation, of which the Federal Aviation Administration is an Agency.

I have read ~~this above~~ *THIS AFFIDAVIT* statement, consisting of _____ *15* _____ pages, and that it is true and complete to the best of my knowledge, information and belief.

I understand that the information I have given is to be treated confidential; *THIS INFORMATION IS TO BE USED SOLELY FOR RESOLUTION OF THE INSTANT CASE;* and that all of my rights to privacy will be protected by the contractors and the government.

_____
Signature

*10/19/2004*
Date

SUBSCRIBED AND AFFIRMED

BEFORE ME AT *Upper Marlboro, MD*

ON THIS *19th* DAY OF *October*, 2004

*Mary E. Mellor*
WITNESS'S SIGNATURE

Page *1* of *15* Pages                    Affiant's Initials *PSW*

1

## AFFIDAVIT OF PHILLIP S. WOODRUFF

## (Mark up dated October 20th, 2004)

**NOTE:** For the record, an additional five (5) days was requested to complete this Affidavit. However my request was denied by the contractor investigator, DSZ, Inc., and I received a "no response" from the Director, Departmental Office of Civil Rights, U.S. Department of Transportation, Washington Regional Office. The additional time was requested due to my total disability status and due to serious illness in my immediate family.

Furthermore this response creates an extreme administrative burden because of the scheduled affidavit responses, that were originally 16 questions and now require extensive editing of 31 complex questions. Within a week I have a scheduled Federal U.S. District Court appearance. Also, I have expressed concerns regarding the nature of this information and process and the fact that the appearance of impropriety by the agency may be less conspicuous if the demand date for my rebuttal and affidavit were allowed to follow the Federal Court appearance scheduled for October 25th, 2004.

*The handwritten mark-ups below are in response to questions from DSZ's subcontractor regarding an EEO complaint. I state the following for the purposes of facilitating resolution of employment and EEO related issues. These are of a recent, continuing and longstanding pattern which are somewhat new and persistent. I have stated in the complaint and to the investigator that I am concerned that the DOT and FAA may be using the contractor DSZ and the EEO process and these statements as discovery and defense for the Federal Court litigation. This is gleaned by the DSZ contractor's statements made on it's website regarding activities and support for Federal agencies. Thus, my concern about a thorough and especially a neutral investigation is a major concern. The minimal investigation, and the very brief statement by the Agency, which is nothing more than a basic denial, and no investigation, with no response whatsoever to my numerous requests for alternate dispute resolution (ADR), tends to ratify my concern that the DOT/FAA is merely trying to dispose of this Complaint prior to the next scheduled court date.*

## MARK-UP OF DSZ, INC. SUBCONTRACTOR'S STATEMENTS

1.  . I am aware that DSZ writes Final Agency Decisions and assists agencies with litigation. I am concerned the DSZ might have a conflict in investigating this complaint and have expressed my concerns to the Contract EEO Investigator.

Page 2 of 15 Pages                    Affiant's Initials /psw/



*(PUBLIC AFFAIRS)*
*(DIVISION MGR)*
*( TO GM-15)*

*(THE FAA)*

2. I came to this agency in 1986. I was promoted temporarily in 1988

and was made a permanent ~~GS~~ *GM*-15 in 1990 in the Office of Public

Affairs. In 1992, I relocated to the Office of Human Resources ~~and~~ the *WITH*

*NAME of THE DIVISION WAS CHANGED TO*
division I managed, the Aviation Education Division, ~~was moved there.~~ *THIS WAS*

*AN ORGANIZATIONAL AS WELL AS A PHYSICAL MOVE — FROM FAA HGS BLDG to DOT HGS*
My PD changed several times and now I have returned to the former *BLDG.*

*PUBLIC AFFAIRS DIVISION MANAGER*
position description. In 1996 I was detailed to the Secretary of

*OFFICIALLY*
Transportation office, ~~when I did~~ a legislative fellowship. ~~I returned~~

*) WHICH INCLUDED*
~~to FAA~~ *At* On September 29th 1995, I slipped and fell at the Agency and

suffered injuries to my back, hip shoulders and neck. As a result I

have received OWCP.

✓ *This should be #7 @ #3.*

*As a RESULT of THE ON THE JOB ACCIDENT of  9/29/1995,*
3. I have partial paralysis, respiratory problems and ambulatory
*CHRONIC PAIN,*
limitations. My medical documents from John Hopkins and OWCP are on

file with the Agency. A medical report has been provided to Darlene

Freeman, my current supervisor, for the justification and extension of

the OWCP, *BEYOND  12/31/2004.*

4. I experience chronic pain, partial paralysis, and respiratory and

ambulatory problems that are related to the on the job injury. *A DAILY REGIMEN OF MEDICATION, THERAPY, AND REST IS REQUIRED. FREQUENT HOSPITAL + PHYSICIAN EXAMINATIONS, TESTS, AND SPECIAL PAIN MANAGEMENT TREATMENTS ARE REQUIRED.*

5. I am ^(GENERALLY) confined to my home and ~~have~~ ^(AM ON OWCP) total disability. ^(STATUS) I am ambulatory

on a limited basis. I require assistance for care and require help

with the care of my home. I am limited in my ~~work~~ ^(MAJOR LIFE ACTIVITIES) and leisure. *I AM NOT ABLE TO WORK AT ANY JOB AT THIS TIME. I HAVE CONTINUOUSLY BEEN DENIED ACCOMMODATIONS BY THE FAA, WHICH HAS CONTRIBUTED TO AND CAUSED MY TOTAL DISABILITY.*

6. These restrictions started at the onset of the injury. I dealt with

the limitations from 1995 with medication and physical therapy until I

had the surgery on my shoulder on May 1, 1997. This was the first time

I was ^(PLACED) on LWOP. I returned to work ^(IN FEB. 1998 ~ WAS ALLOWED TO CONTINUE MY) and ~~had a~~ flexible work schedule and

was allowed to ^(CONTINUE MY TELECOMMUTING AGREEMENT) work at home, [two things my Doctor stated I needed in ^(OR FROM A TELECOMMUTING CENTER NEAR MY PHYSICAL THERAPY.)

order to return to work]. I returned to a full time schedule in March

1998 with the flexible work schedule and telecommuni~~cation.~~ ^(NG ARRANGEMENTS. THESE) *ARRANGEMENTS HAD BEEN IN PLACE + APPROVED BEFORE MY SURGERY -- NOT AS MEDICAL ACCOMMODATIONS. THEY WERE SUBSEQUENTLY CANCELLED + DENIED, EVEN AS REQUIRED MEDICAL ACCOMMODATIONS — AS WAS LEAVE DENIED.*

Page 4 of 15 Pages                    Affiant's Initials ___

(4)

7. When I returned to work I was not ~~returned~~ _RETURNED_ to my full time job even
though I had retuned to work within a year. _AS REQUIRED BY LAW._ This issue is part of the
prior EEO complaint. I also had the accommodations withdrawn during
that year [flexible work schedule and telecommuting] by the new
management. I then re-requested them as an accommodation and this was
denied in September 1998.

8. I was also denied leave and _The requested accommodations for my disability_ my physicians were not sure what I
should do. I was threatened with AWOL, _+ SUBSEQUENTLY PLACED ON_ ~~and believe that~~ this was an
attempt to force me into retirement. I was forced to go back to work_
_in order to prevent AWOL + termination,_
although I was still disabled. This caused my health to deteriorate
and by November/December 1998 and I was placed on total disability by
my doctors. _THIS ACTION IS YET ANOTHER ATTEMPT TO FORCE_
_RETIREMENT OR TERMINATION, AND SHOULD BE INVESTIGATED_
_AS SUCH._

9. In addition, when I was still trying to go to work, *AT FAA* I *WAS ALLOWED* used their medical facilities on the third floor. But after a period of time management barred me from using this facility. *THUS, WHEN I BECAME ILL AT WORK, I WAS, TO THE BEST OF MY KNOWLEDGE, THE ONLY FAA EMPLOYEE NOT ALLOWED TO HAVE ACCESS TO THE HQS. EMPLOYEES MEDICAL FACILITY or MEDICAL STAFF IN CASE OF EMERGENCY WHILE AT WORK IN THE FAA HQS. BLDG.*

10. I reapplied for OWCP, notified the agency and requested LWOP. *LWOP WAS DENIED BY AGENCY MANAGEMENT, HOWEVER, OWCP ULTIMATELY GRANTED MY DISABILITY CLAIM. IN THE PROCESS, IT WAS NECESSARY TO USE ALL OF MY SICK + ANNUAL LEAVE. NOW, GARY LEVENTHAN of FAA DENIES THAT I HAVE MADE LEAVE BUY BACK REQUESTS + REFUSES TO COOPERATE WITH BUY BACK LEAVE PROCESSING + ASSISTANCE.*

11. On the way home from ~~work~~ on January 5th 1999, after *MY OFFICE AT FAA HQS ON ___ TAKING CARE OF SOME DETAILS AND* packing up my ~~ot~~ *IN MY* ~~item~~office, I was involved in a serious car accident. I was in the hospital for *ABOUT* a month and *AT* home recovering for a couple of more months. *AFTER A PERIOD OF TIME,* However, even though I was totally disabled, I was forced to return to work. The *AGENCY* ~~y~~ denied me any kind of *STILL* leave, LWOP or sick leave.



12. *Subsequently* A new Director of Human Resources, ~~Linda~~ *Glenda* Tate, was appointed, ~~at~~ ~~the time~~ *I DISCUSSED THE ISSUE WITH HER & EVENTUALLY.* She told her managers to let me take leave. ~~and finally the~~ *WHEN THE* worker compensation claim *(QWCP)* was adjudicated, ~~and~~ I *WAS* granted LWOP. Prior to

this I was forced to use a lot of sick and annual and was charged

AWOL. These issues are being adjudicated in *the U.S.* District Court. Most of *the senior* managers involved in these actions ~~have left~~ *are NO LONGER WITH* the Agency.

13. I have experienced a lot of reprisal from the Agency which has

created a lot of stress and ~~exasperated~~ *EXASPERATED* my disability. *& RECOVERY,*

14. My payroll records are *INCORRECT* ~~inconsistent~~. There are underpayments; *CLAIMS OF OVERPAYMENTS, AWOL CLAIMS,* mispayments, and it difficult to say when I was ~~suppose to~~ *ACTUALLY* start on *TO*

LWOP. *THE AGENCY HAS NOT RESPONDED TO MY REQUESTS FOR*

*RECONCILIATION of PAYROLL & LEAVE.*



15. All management officials are aware of my EEO complaints and ~~formal~~ *Formal* requests for accommodation. I have had two mediations to try to resolve this. *I HAVE REQUESTED ADR FOR THIS COMPLAINT AT THE FAA + DOT LEVELS + BOTH HAVE BEEN REJECTED BY THE AGENCY / DEPARTMENT.*

16. In ~~2004~~ *2001*, my ~~complaints~~ *PREVIOUS EEO complaint* went into Federal Court. Each year I get my SF-50 after the first of the year. When the President's budget is passed, ~~this~~ *NEW* SF-50 shows the pay increase for Federal employees and my new salary *OF RECORD. THIS IS NOT THE PAY I RECEIVE WHILE ON OWCP — IT IS THE PAY I RECEIVE WHEN + IF I RETURN TO WORK. IT IS ALSO THE PAY UPON WHICH MY LIFE INSURANCE + OTHER BENEFITS ARE BASED — NOW + IN THE FUTURE — WHETHER I RETURN TO WORK OR NOT.*

Page __8__ of __15__ Pages                    Affiant's Initials _____



17. For some reason, I did not receive my new SF-50 as scheduled. At first, I did not pay much attention to it. I then called the Atlanta pay office to ask about my salary. The salary on the SF-50 reflects what I would receive if I returned to work. This does not reflect what I receive from DOL, Office of Workmen's Compensations. The SF-50 needs to be accurate, since the pay noted reflects what I would receive for benefits such as life insurance and retirement benefits.

> THE ATLANTA PAYROLL OFFICE CONFIRMED, IN WRITING, IN MARCH 2004, THAT MY PAY WAS $119,267.00. STILL, I HAD RECEIVED NO SF-50 FOR 2004.

> ON MARCH 30, 2004 THERE WAS A FEDERAL COURT SETTLEMENT CONFERENCE, AND THE JUDGE ORDERED THE AGENCY TO MAKE A SEVEN ELEMENT OFFER TO ME VIA MY COUNSEL. THE AGENCY HAS YET TO COMPLY WITH THIS COURT REQUEST. HOWEVER, REPRISAL CONTINUES.

18. I finally received an SF-50 in April 2004. The SF-50 I received shows a salary of $116,786.00.   However the Atlanta office faxed to me the master pay record that indicated that my pay was $119,267.00. The SF-50 also indicated that my LWOP status would end June 28, 2004.

THIS IS, OF COURSE, A MAJOR SUBJECT OF THIS COMPLAINT. JUNE 28, 2004 is THE EXACT DATE OF THE AGENCY'S SUMMARY JUDGEMENT MOTION DUE DATE IN THE FEDERAL COURT.

JUNE 28, 2004 is THE DATE I WAS REQUIRED TO ACCEPT THE AGENCY'S "JOB OFFERS" WITHOUT ACCOMMODATIONS, OR RETIRE, WITH LESS SALARY + BENEFITS. JUNE 28, 2004 WAS, COINCIDEN-TIALLY(?) THE DUE DATE FOR A COMPLETE OWCP REVIEW OF MY CASE, WHICH IF NOT RESPONDED TO WOULD LEAD TO TERMINATION OF OWCP BENEFITS.

NOW, THIS REPORT MUST BE COMPLETED PRIOR TO THE NEXT COURT APPEARANCE. THIS GIVES THE APPEARANCE of IMPROPRIETY + CONFLICT WITH DOT/FAA + THE OTHERS!

Page 9 of 15 Pages                    Affiant's Initials _____



19. During this time, there were settlement discussions between my counsel and the Agency.  At the time I received this SF-50 the Judge instructed the Agency to make a full and complete seven point settlement offer to me. They failed to do this and apparently issued this SF-50 to threaten me. They had my current medical records and knew that I could not return to work and could not accept a position within an Agency.  The Agency was also given the date, June 28, 2004 to respond to a motion for summary of judgment, the same date they threaten to terminate my LWOP.   Chris Comber, Office of Human Resources, was present during the settlement discussions.

20. I believe they AGENCY sent this SF-50 to intimidate me and so they would not have to respond to the summary judgment.  They knew that I could not come back to work at this time. In response to the Judge's request that they make an offer, the Agency's council SG said I can take disability retirement since I just turned 60. They also stated that I could accept a job [with no accommodation] and should notify them by June 28, 2004. I would be expected to report to work in August 2004.

Page 10 of 15 Pages                    Affiant's Initials /ur/

(10)

21. Because it did constitute an offer, if I had not had _LEGAL_ ~~my~~ counsel
and officially decline^D their offer, _APPARANTLY_ they could have terminated me.

22. I do not _FULLY_ understand what the~~y~~ _AGENCY IS_ ~~want-are~~ do _ink_ with this case. _WHILE_ I do not _PREFER_
~~want~~ to pursue these complaints, I would like to spend my time getting
healthy. _IN THE COURTS, OR HAVE A CONFLICT WITH THE AGENCY_
_IT SEEMS IMPOSSIBLE TO RESOLVE ISSUES ON AN_
_AMICABLE, REASONABLE, ADR/SETTLEMENT BASIS._

23. I think that Chris Comber and ~~Kerry~~ _CARY_ Leventhal are responsible for
issuing the SF-50 in attempt to harass and threaten me. Mr. Leventhal
is the OWCP manager. He argued that the car accident not the work
injury caused my disability. I have not met him but believe he played
a role in this. _HE HAS BEEN NEGATIVE TOWARD ME SINCE HE_
_CAME TO THE FAA. HE IS A SOURCE OF REPRISAL + DISCRIMINATION,_
_AS STATED IN THE INFORMAL COMPLAINT._

SF-50

24. My current ᵧsalary should be around 124 thousand. However, I do not CURRENTLY

accrue the benefits I would if I was still at work [retirement, leave,

insurance]. There are incentives for me to go back to work and there

                         SOME AT THE AGENCY
are ᵢdisincentives for ~~them~~ for me to go back to work. I want to go
PERHAPS PERCEIVED

back to work and hope to do so when I am healthy enough. I WILL REQUIRE
ACCOMMODATIONS FOR MY DISABILITES, WHICH THE AGENCY, THUS
FAR HAS REFUSED TO ALLOW.

THE PAY I RECEIVE IS BASED ON MY 1997 SALARY, NOT MY
            ACTUALLY
CURRENT SF-50 PAY RATE. THIS CHANGES IF I AM ABLE TO RETURN
TO WORK.

25. I am now on LWOP through the end of this year. My current medical

documents submitted in March 20004 to DOL state that I cannot return

to work for a year. ADDITIONAL DOCUMENTATION HAS BEEN
SUBMITTED TO OWCP AS A RESULT OF 2004 INPUIRIES.
I HAVE REQUESTED FURTHER EXTENSION OF LWOP AS A
PART OF THIS ACTION. THE CURRENT ACTION IS AN
ADVERSE ACTION IN THAT IT TERMINATES MY POSITION.
AND LWOP STATUS 12/31/04.

26. I cannot think of any other employee who was under similar

circumstances [issued incorrect SF-50, terminating LWOP, while

receiving OWCP].

Page 12 of 15 Pages                    Affiant's Initials /bm

⑫

27. I believe that I have been *SUBJECT to REPRISAL +* treated differently based on my *V AS WELL AS POSSIBLY* sex, *DISABILITY, PRIOR EEO;* race, and national origin by Chris Comber, ~~Terry~~ *GARY* Leventhal and Julie Berko, *AND OTHERS. I CAN NOT IDENTIFY SENIOR MANAGEMENT AND OTHERS DUE TO MANAGEMENT + PERSONNEL CHANGES. HOWEVER, I HAVE SPOKEN TO DARLENE FREEDMAN. THE DISABILITY + REPRISAL MATTERS ARE CLEAR — OTHER ISSUES REQUIRE INVESTIGATION.*

28. In the counselor's report management contends that I told someone that I could return to work. I have no idea what they are talking about. I never said that.

29. There is a list of remedies attached to the complaint and list with the amendment to this complaint. I am requesting those remedies cited. Additionally, I want an extension of LWOP until I can return to work. I want no~~t~~ further reprisal and/or adverse actions taken against me.

*NOTE: THE REMEDIES ARE STILL NOT LISTED BY THE INVESTIGATOR.*

Page *13* of *15* Pages                    Affiant's Initials */bur/*

(13)

30. The new SF-50 states that my LWOP is extended until the end of
this year and provides what looks like an increase in salary. However,
it does not show a position that I can go back to.

*This is a fundemental issue which must be investigated further. There is extensive additional evidence to disprove that this was a mere oversight.*

31. I would recommend that Investigator contact Darlene Freeman and
review the affidavit of Carson Boyong regarding the Agency's failure
to accommodate me. I would also recommend Alfeda Terrell, the person
who signed the SF-50. I would like to know when it was prepared.

*Not Referenced in Investigation - Management Rebuttal. DSZ omitted disability + reprisal from text of statement. These are the key issues of the complaint.*

These comments and changes reflect only partial corrections due to
time and space limitations.  Again, it should be noted for the record
that an additional five (5) days were requested due to disability and
other issues and this was rejected by the agency and the contractor.
The answers in the draft conflict with the conversation and do not
comport with my recollection of a nearly two hour teleconference with
the investigator, Ms. Mary Anne Brennan.  The investigator was advised
of my concern with the DSZ and the DOT relationship and process and
with the lack of in depth investigation and follow-up and the lack of
investigation into disability and other issues.

Page 14 of 15 Pages                    Affiant's Initials _____



(14)

I have read the above statement, consisting of _____15_____ pages, and that it is true and complete to the best of my knowledge, information and belief. I understand that the information I have given is to be treated confidential and that all of my rights to privacy will be protected by the contractors and the government.

_____
Signature

_____10/19/2004_____
Date

SUBSCRIBED AND AFFIRMED

BEFORE ME AT _Upper Marlboro MD_

ON THIS _19th_ DAY OF _October_, 2004

_Mary E. Miller_____
WITNESS'S SIGNATURE

Page _15_ of _15_ Pages          Affiant's Initials _pm_

(15)

State of Maryland
County of Prince George's

I; Phillip S. Woodruff (Race: White/Native American, Color: White, National Origin: United States of America, Sex: Male, Age: 60, and Reprisal for prior EEO complaint activity); Current Position Description: Supervisory Public Affairs Specialist [Division Manager], Current Series FM-1035 and Grade Level GM-15, FAA Headquarters, Washington, DC, Office of Human Resources; make following statement to Mary Anne Brennan, in response to her questions. Ms. Brennan has identified herself to me as a subcontractor EEO Contract Investigator for DSZ, Inc., who is a contractor for the following federal agency: United States Department of Transportation, of which the Federal Aviation Administration is an Agency.

I have read *THIS REBUTTAL* ~~the above~~ statement, consisting of _____4_____ pages, and that it is true and complete to the best of my knowledge, information and belief.

I understand that the information I have given is to be treated confidential, *AND USED SOLELY FOR THE PURPOSE OF RESOLUTION OF THE INSTANT CASE* and that all of my rights to privacy will be protected by the contractors and the government.

_____
Signature

_____10/19/2004_____
Date

SUBSCRIBED AND AFFIRMED

BEFORE ME AT _Upper Marlboo, MD_

ON THIS _19th_ DAY OF _October_, 2004

_Mary E. Mellor_
WITNESS'S SIGNATURE

Page _1_ of _4_ Pages                    Affiant's Initials _pw_
                                              _10/19/04_

(16)

## REBUTTAL STATEMENT OF PHILLIP S. WOODRUFF

**NOTE:** For the record, an additional five (5) days was requested to complete this Rebuttal Statement. However my request was denied by the contractor investigator, DSZ, Inc., and I received a "no response" from the Director, Departmental Office of Civil Rights, U.S. Department of Transportation, Washington Regional Office. The additional time was requested due to my total disability status and due to serious illness in my immediate family.

Furthermore this response creates an extreme administrative burden because of the scheduled affidavit responses and a scheduled Federal U.S. District Court appearance. Also, I have expressed concerns regarding the nature of this information and process and the fact that the appearance of impropriety by the agency may be less conspicuous if the demand date for my rebuttal and affidavit were allowed to follow the Federal Court appearance scheduled for October 25th, 2004.

## STATEMENT OF AGENCY PER DSZ

"In your case, Ms. Freeman states that she prepared the SF-50 at issue in December 2003. She states she decided to extend your LWOP until June 2004 because she though new medical information would be made available in the Spring of 2004. She states that at this time she informed Ms. Comer that she wanted the extension date to be June 28, 2004. She states she does not know why there may have been a delay in getting the SF-50 to you."

*Rebuttal: This statement conflicts with what Ms. Darlene Freeman told me when I discussed these issues with her in the Spring of 2004. Based on this statement Ms. Freeman should agree at this time to extend LWOP beyond 12/31/04 since she has medical evidence to support doing such action. Further adverse actions and other issues including those raised by the new SF-50s have not been investigated or addressed in this review.*

Affiant's Initials _PW_
10/19/04

(17)

## STATEMENT OF AGENCY PER DSZ

"Both Chris Comer and Julie Berko stated the salary at issue was before you received the 2004 salary adjustment and you received an updated SF-50 indicating that your salary was $121, 954. Janie Douglas, Administrative officer, stated that she processed the SF-50 at issue and the manager was responsible for getting the SF-50 to you.  She states she does not know why there was a delay in getting the SF-50 to you.  She adds that the Personnel Services Division is overwhelmed at that time of year processing paperwork for over 5000 employees and this could have caused the delay."

*Rebuttal:  This contradicts previous statements made. Chris Comer was an agency representative at the Federal Court proceedings in March, 2004, prior to the issue of the SF-50 at issue in the Complaint. Many other issues were discussed during the counseling and informal process which were not included in the investigation. There is no reference to the "verbal statement," for example, Cary Leventhal has denied previously requested and authorized leave buy-back and has not responded to repeated requests for leave buy-back information and assistance.*

*Many issues have not been addressed in this investigation. Major issues most relevant to this Complaint include disability, accommodations, reprisal, discrimination, and other key factors discussed with the investigator as well as the EEO Counselor and Management. Again, time seems to be driving this to a rushed conclusion. Therefore, I am unable to elaborate within the limited time that I have been given under the circumstances.*

If you wish to rebut management's assertions, you may prepare a statement in affidavit format. The completed affidavit should be completed by October 20, 2004 and delivered to:

> Delany, Siegel Zorn and Associates
> 1730 North Lynn Street, Suite 601
> Arlington VA 22209
> Attention: E. Lytle

I am also going to email you this memo and the affidavit format [to the email address you provided]. If you have any questions, please contact me at 410-254-5182. Thank you for your cooperation.

*Rebuttal: I am aware that DSZ, Inc.'s activities support Federal agencies. And that their investigations are performed to prepare Final Agency Decisions and assist Federal agencies in Court.*

Page _3_ of _4_  Pages                    Affiant's Initials /hw/
                                                        /10/19/04

(18)

REBUTTAL - AND CERTIFICATION

I have read ~~the above~~ statement, consisting of _____4_____ pages, and that

it is true and complete to the best of my knowledge, information and belief.

I understand that the information I have given is to be treated confidential

and that all of my rights to privacy will be protected by the contractors and

the government.

_____
Signature

_10/19/2004_
Date

SUBSCRIBED AND AFFIRMED

BEFORE ME AT _Upper Marlboro, MD_

ON THIS _19th_ DAY OF _October_ , 2004

_Mary E. Mellor_
WITNESS'S SIGNATURE



# PHILLIP S. WOODRUFF

# FAX

**Date:** 10/1/2004                    **No. of Pages:** 1

**To:** Mary Anne Brennan      **Fax No:** 410+254-2692
                                            Tel 410+254-5182

**From:** Phillip S. Woodruff    **Fax No.** 301+856-4636

**Message:** Re: Response to Affidavit Questions

Mary Anne,

As discussed via telephone/messages, my reply
is enclosed due to issues and the workload
associated with the changes. Perhaps I will fax
you e-mail them to me to expedite. Thanks, Phil W.

**19912 Brookewood Avenue   Upper Marlboro, Maryland 20772**

**Telephone: 301+856-9383 • Fax: 301+856-4636**

Mr. Woodruff -
    Please send me your email
    address. Thank you - Mary Anne

10/8/04  Ms. Brennan - Please e-mail to (lisa.sanders@sanderslawfirm.net)
          and it will get to me. Thank you. Phil W.

(20)

# Mary Anne Brennan, Contract EEO Investigator

**Fax: 410-254-2692  phone: 410-254-5182**

# Fax- Addressee Only

| TO Phillip Woodruff | | From: Mary Anne Brennan |
|---|---|---|
| FAX | | Pages: |
| Phone | | October 19, 2004 |

| RE : | | CC: |
|---|---|---|

Urgent      For Review     Please Comment     Please Reply

   Please Recycle☒

)

21

To: Phillip Woodruff

FROM: Mary Anne Brennan
        Contract EEO Investigator

DATE: October 12, 2004

RE: Rebuttal

At the end of the EEO investigation the Complainant is given the opportunity to rebut management's reasons for the actions at issue. In your case, Ms. Freeman states that she prepared the SF-50 at issue in December 2003. She states she decided to extend your LWOP until June 2004 because she though new medical information would be made available in the Spring of 2004. She states that at this time she informed Ms. Comer that she wanted the extension date to be June 28, 2004. She states she does not know why there may have been a delay in getting the SF-50 to you.

Both Chris Comer and Julie Berko stated the salary at issue was before you received the 2004 salary adjustment and you received an updated SF-50 indicating that your salary was $121, 954. Janie Douglas, Administrative officer, stated that she processed the SF-50 at issue and the manager was responsible for getting the SF-50 to you. She states she does not know why there was a delay in getting the SF-50 to you. She adds that the Personnel Services Division is overwhelmed at that time of year processing paperwork for over 5000 employees and this could have caused the delay.

If you wish to rebut management's assertions, you may prepare a statement in affidavit format. The completed affidavit should be completed by October 20, 2004 and delivered to:

                    Delany, Siegel Zorn and Associates
                    1730 North Lynn Street, Suite 601
                    Arlington VA 22209
                    Attention: E. Lytle

I am also going to email you this memo and the affidavit format [to the email address your provided]. If you have any questions, please contact me at 410-254-5182. Thank you for your cooperation.



TRANSMISSION VERIFICATION REPORT

TIME : 10/12/2004 17:05

| | |
|---|---|
| DATE,TIME | 10/12 17:04 |
| FAX NO./NAME | 13018564636 |
| DURATION | 00:00:47 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

23

To: Phillip Woodruff

FROM: Mary Anne Brennan
          Contract EEO Investigator

DATE: October 19, 2004

RE: affidavits


I conveyed to the Arlington Office of Delany Siegel Zorn and Associates your request for
an extension to submit your affidavit and rubuttal statement. I was informed that if you
wish to have your statements included in the draft report of investigation, the completed
statements must be delivered to the below address by 3 pm Wednesday [10/20/04]:

                    Delany, Siegel Zorn and Associates
                    1730 North Lynn Street, Suite 601
                    Arlington VA 22209
                    Attention: E. Lytle

You could also fax it to the Arlington office. Their fax number is 703-243-5250 and their
phone number 703-528-4921. Thank you for your cooperation. Mary Anne Brennan

24

TRANSMISSION VERIFICATION REPORT

TIME : 10/19/2004 12:02

| | |
|---|---|
| DATE,TIME | 10/19 12:01 |
| FAX NO./NAME | 13018564636 |
| DURATION | 00:00:30 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

25





# PHILLIP S. WOODRUFF

## FAX

Date: 10/20/2004                    No. of Pages: C+4

To: ELIZABETH LYTLE, DSZ    Fax No. 703+243-5250
    DSZ + ASSOC, INC          TEL + 703+528-4921

From: Phillip Woodruff    Fax No. 301+856-4636
                           TEL + 301+868-9383

Message: DOT/FAA — REBUTTAL + AFFIDAVIT STATEMENT.
    ELIZABETH — ATTACHED IS THE REBUTTAL
    STATEMENT + MY EDITED CERTIFICATION.
    I INTEND TO FAX THE "MARKED-UP "AFFIDAVIT"
    STATEMENT OF MARY ANNE BRENNAN TO YOU BY 3 PM. Phil W.

### 10812 BROOKWOOD AVENUE    UPPER MARLBORO, MARYLAND 20772

### TELEPHONE: 301+868-9383 • FAX: 301+856-4636



(26)





# PHILLIP S. WOODRUFF

## FAX

**Date:** 10/20/2004          **No. of Pages:** C+15

**To:** ELIZABETH LYTLE, DSZ    **Fax No.** 703+243-5250
DSZ+ASSOC., INC.          TEL# 703+528-4921

**From:** PHILLIP WOODRUFF      **Fax No.** 301+856-4636
TEL# 301+868-9383

**Message:** DOT/FAA — AFFIDAVIT STATEMENT "MARK-UP"
ELIZABETH — AS DISCUSSED EARLIER TODAY
I AM FAXING THE AFFIDAVIT
TO YOU. PLEASE CONTACT ME IF
YOU HAVE ANY QUESTIONS. PHIL W.

10812 BROOKWOOD AVENUE    UPPER MARLBORO, MARYLAND 20772

TELEPHONE: 301+868-9383 • FAX: 301+856-4636





Regional Office:
1730 N. Lynn Street • Suite 601 • Arlington, VA 22209 • Ph: 703.528.4921 • Fx: 703.243.5250

| | |
|---|---|
| Memo to: | File |
| From: | Elizabeth Lytle   *Elizabeth S. Lytle* |
| | DSZ Case Manager |
| Dated: | October 21, 2004 |
| Re: | Concerns about DSZ raised by Mr. Woodruff |

Mr. Woodruff raised concerns about DSZ both in his affidavits and in telephone conversations with me on October 20, 2004. I explained to Mr. Woodruff that our role is neutral and our obligation at the investigative stage to collect enough information that a determination can be made on the claim/s accepted for investigation. Because Mr. Woodruff references our website in his affidavit, I have attached the DSZ website homepage and the sections describing DSZ Investigations and FAD writing.

(28)

# DSZ

**Subscribe Now!**

**Upcoming
Trainings**

**Corporate**

**Services**

**Products**

**Federal Supply
Schedules**

**EEO Profile**

**Links**

**IC Resources**



# DSZ



**Corporate Office:**
One Wadleigh Place

Boston, MA
02127
PH 617.269.0849
FX 617.269.9139

**Branch Office:**
1730 N. Lynn St.
Suite 601
Arlington, VA
22209
PH 703.528.4921
FX 703.243.5250

*Click Here for the Summer 2004 EEO Profile!*

Welcome to the homepage of DSZ, Inc. We provide quality services designed to improve your employment environment and to effectively address workplace conflicts. Among our services are neutral investigations of employment disputes, counseling and mediation services to help settle such disputes, a wide range of interactive training programs for both managers and employees as well as for employment professionals, and a technical assistance unit capable of evaluating your workplace and providing recommendations for improving it. Let us put our proven skills and experience to work for you. Please explore all we have to offer to help you achieve effective equal employment in your workplace by following the links below or to the left.



**Supply Schedule Opportunities for Management & Organizational Services**

**A DSZ Publication
Click Here to Order**

- **Millennium Dreams: 21st Century EEO Practices for Federal Employees:**
An article written by Tama Zorn, DSZ Executive Vice President & Chief Operating Officer, and recently published in the Public Manager, Summer 2001 Edition.

30

- **Upcoming Trainings:**
  Get the scoop on upcoming open enrollment trainings.
- **Corporate:**
  Who we are, and why we're here.
- **Services:**
  Trainings and workplace assessments
- **Products:**
  Investigations, counselings, FADs, and ADR
- **GSA/EEO Schedule:**
  Info on prices for DSZ services and the GSA Supply Schedule.
- **EEO Profile:**
  The latest in EEO law and how DSZ fits in.
- **Subscribe Now:**
  Subcribe to the EEO Profile, a free DSZ publication.
- **Links:**
  Including addresses for hard-to-find government sites.
- **IC Resources:**
  Independent Contractor Manuals online, commonly used forms and more.
- **GSA Advantage:**
  Find us by searching for "DSZ" at the GSA Advantage website. This link will open a new copy of your browser, when you are finished just close that browser copy. You may have to try twice to access this link. No need for a user ID and password, just use their Search engine on their home page at "1.", then enter your zipcode on the next screen.



*...Working for the U.S. Government*



©2004 DSZ, Inc. All Rights Reserved.

(31)

# Investigations

| Go to.... ▾ |

If you are
interested in
more
information on
EEO
Investigations,
e-mail DSZ
Case Intake
(caseintake@dsz.com).

## F.I.N.D.

## Factual, Independent, Neutral, and Documented

DSZ's 18 years of investigation experience
will provide you with cost effective, accurate,
reliable and timely investigations in response
to employment discrimination complaints.
DSZ conducts over 800 investigations
annually. We have more than 60 experienced,
independent investigators available,
nationwide, in whose technical excellence,
judgment and professionalism you can be
confident.

DSZ has investigated a wide range of
employment issues, including those involving
individual, consolidated and class complaints.
You can trust DSZ's experience and expertise
to help your organization or company
effectively investigate its employment
discrimination complaints. You can rely on
DSZ whether the issue is sexual harassment,
reasonable accommodation under the
Rehabilitation Act or the Americans with
Disabilities Act, Family Medical Leave Act
issues, or allegations under Title VII, the Age
Discrimination in Employment Act, or the
Equal Pay Act.

For federal agencies, DSZ's experienced legal
staff also provides written case analyses,
including draft and final agency decisions.
DSZ's investigative files have successfully
guided employers through administrative
hearings and litigation. Our final agency
decisions have withstood EEOC and Court
reviews and analyses.

## Do you need experienced and

(32)

## effective investigation services?

## F.I.N.D. DSZ!

back to top

©2000 DSZ, Inc. All Rights Reserved



# Final Agency
# Decisions



Go to....

If you are
interested in
more
information on
FADs, please
contact DSZ
Case Intake
(caseintake@dsz.com).

## F.A.I.R.

### Factual, Appropriate, Impartial, and Reliable

#### *Analysis and Findings*

DSZ offers its clients two types of case analyses:

- Informal findings/conclusions based on investigative records;
- Formal findings/conclusions, based on investigative records, sufficiently detailed for use in EEOC hearings.

Formal findings/conclusions include all appropriate legal citations, and are available in different formats acceptable to EEOC, on disc in either Word Perfect 5.1 or Microsoft Word 7.0. They include all appropriate appeal rights and can be adopted by the user as provided with little or no change.

Informal findings/conclusions are less detailed, less "legalistic" and, as a consequence, less expensive for those users who desire a brief assessment of whether an investigative record supports a finding of discrimination or a finding of no discrimination. This type of assessment is particularly useful for making decisions about whether settlement efforts are warranted.

Samples of these different products can be provided for your review. DSZ's informal findings/conclusions are relied on by DOD, among other clients, while our formal final agency decisions are used by many federal agencies, including the GSA, NASA, SBA, TVA, USDA, and others.

(34)

## Looking for reliable case analyses?

### DSZ IS ALWAYS F.A.I.R!

back to top

©2000 DSZ, Inc. All Rights Reserved



35

## PRIVACY ACT NOTICE TO COMPLAINANT
## FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by this interview is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data you supplied previously and information developed by investigation to resolve your equal employment opportunity discrimination complaint. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve your equal employment opportunity discrimination complaint. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary. However, failure to furnish the information will result in your complaint being returned without action and being recommended for cancellation for failure to prosecute.

_____
Signature of Interviewer

_____
Signature of Complainant

_____
Date

_____
Place

