**Defendants' Exhibit No. 6**
**Woodruff v. Mineta**, Civil No. 05-2071 (PLF)

District of Columbia

I, Darlene M. Freeman (race/Hispanic color/white, sex/female, age, DOB: 4/18/51 no disabilities and no prior EEO complaint activity), Director, EX-2, Office of Corporate Learning and Development, Office of Human Resources, make the following statement freely and voluntarily to Mary Anne Brennan, who has identified herself to me as an EEO Contract Investigator for the following federal agency: Federal Aviation Administration, knowing that this statement may be used as evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know), I hereby solemnly affirm:

1. I have been in my present position for about one year. My first line administrator is the Assistant Administrator for Human Resources, Ventris Gibson.

2. I am officially his supervisor. He has never actually reported to me due to the fact that he has been on OWCP since before I assumed my present position. I met the Complainant in 1988, very briefly while working on a project.

3. When I assumed this position, I was told that there was an employee that was LWOP and OWCP. I was not provided any documentation about his

Page 1 of 4 Pages                                    Affiant's Initials DM

(1)

medical condition at that time.

4. I was not aware of his national origin.

5. Sometime between the time that I took this position and December 2003, I was briefed by Chris Comer, Manager of Employee Relations and Benefits, and informed that an employee reporting to me was on extended LWOP and it was to expire in December 2003. I needed to decide what to do about this. I recall that I was told that new medical information would be available in the spring of 2004. Based on this, I decided to extend the LWOP until June 2004 in order to have an opportunity to review the new medical evidence. I informed Ms. Comer that I wanted his LWOP extended for six months and that is why the date of June 28th was on the SF-50.

6. I do not recall seeing the SF-50, and I did not become aware that there was an issue with his pay until he called me in June 2004. I did not know what he was talking about when he indicated that his pay was incorrect.

7. I have since learned that he was issued an SF-50 in January 2004, prior to the effective date for the 2004 pay increase, that reflected his pay before the pay raise. I have also learned that, after the 2004 pay increase went into effect, he was issued another SF-50 that reflected his pay increase.

8. Around the same time that I was briefed by Ms. Comer, I became aware that he had a case in court against the Agency.

9. Neither I nor, to my knowledge, anyone in my chain of supervision, has been involved in his court proceedings.

Page 2 of 4 Pages                                    Affiant's Initials _____



10. I was not aware of any court dates or dates of proceedings going on in 2004 when I asked that the LWOP be extended for six months prior to it expiring in December 2003.

11. I am not aware of anyone else reporting to me who was on extended LWOP that needed extensions.

12. I have no idea why he did not receive his SF-50 in January 2004, if that is indeed the case. He is currently on LWOP through December 2004.

13. I deny discriminating against him.

I have read the above statement, consisting of _____ pages, and that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to interested parties.

_____
Signature

9/29/04
Date

SUBSCRIBED AND AFFIRMED
BEFORE ME AT 800 Independence Ave., SW, Washington, DC

Page 3 of 4 Pages                              Affiant's Initials _____

(3)

ON THIS 29th DAY OF September, 2004

_____
WITNESS'S SIGNATURE

Page 4 of 4 Pages                                      Affiant's Initials ___



## PRIVACY ACT NOTICE TO EEO COMPLAINT INTERVIEW WITNESSES
## (OTHER THAN COMPLAINANT)
## FOR DISCRIMINATION COMPLAINT INVESTIGATION INTERVIEW

### GENERAL

This information is provided pursuant to Public Law 93-579 (Privacy Act of 1974), December 31, 1974, for individuals supplying information for inclusion in a system of records.

### AUTHORITY

The authority to collect the information requested by affidavit, statement or other type of testimony is derived from one or more of the following:

Title 5, Code of Federal Regulations, Sections 5.2 and 5.3; Title 29, Code of Federal Regulations, Section 1613/1614; Title 5, United States Code, Sections 1303 and 1304; Title 42, United States Code, Section 2000e-16; and Executive Order 11478, as amended.

### PURPOSES AND USES

The information you supply will be used along with data developed to resolve or otherwise determine the merits of the equal employment opportunity (EEO) complaint of discrimination and/or reprisal. This information may be furnished to designated officers and employees of agencies and departments of the Federal Government in order to resolve or otherwise determine the merits of the EEO complaint of discrimination and/or reprisal. The information may also be disclosed to any agency of the Federal Government having a working relationship with regard to Equal Employment Opportunity Commission activities, or to others for uses as published in the Federal Register.

### EFFECTS OF NON-DISCLOSURE

Disclosure of the information sought is voluntary; however, failure to furnish the information will result in a direction by the head of the agency, or his/her designated representative, to produce or provide such information as is available. Failure to provide the information at that time may result in the initiation of disciplinary proceedings against you up to and including removal. Applicants in such cases may be refused employment.

Disclosure of information by present or prospective Government contractors is also voluntary, although failure to furnish the above requested information where the contract so provides may result in administrative sanctions, including disqualification to enter into a contract or termination of an existing contract.

_____          _____
Signature of Interviewer                                Signature of Affiant

9/14/04
_____          _____
Date                                                                  Place

