**Defendants' Exhibit No. 8**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

District of Columbia

I, Christine Ellis Comer (race/white, color/white, national origin/American Irish, sex/female, age (DOB: 7/20/49, no disabilities and no prior EEO complaint activity) Manager, Office of Employee Relations, Benefits and OWCP for FAA, K Band (GS-15), Office of Human Resources Management, make the following statement freely and voluntarily to Mary Anne Brennan, who has identified herself to me as an EEO Contract Investigator for the following federal agency: Federal Aviation Administration, knowing that this statement may be used as evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know), I hereby solemnly _swear that:_
(swear ~~or affirm~~)

1. I have been in this position since 1997. I report to Melvin Harris, Director of the Office of Labor and Employee Relations.

2. I know Complainant casually. I saw him in the hallways at work.

3. I was not aware his national origin.

Page _1_ of _4_ Pages                               Affiant's Initials _CEC_

①

4. I know that he has filed other EEO complaints. I am aware that he alleges he is disabled. I am not aware that he has established that he is disabled.

5. I do not process or write the SF-50s. I do not recall how the issue came up to extend the time period for Complainant's LWOP. I remember discussing with Darlene Freeman whether it should be extended prior to it expiring in December 2003. Ms. Freeman wanted to know how the process worked. I told her that Janie Douglas's office would prepare the SF-52, Request for Personnel Action, that would ultimately generate the SF-50, Notice of Personnel Action. Ms. Freeman asked me how to determine the LWOP extension date and I said some managers extend it a month, year, or for six months—the length of time is purely discretionary. She asked if six months would be okay and I told her that it was.

6. At some point, and I do not recall how I know this, Complainant stated that he hoped to come back to work. That is one of the reasons why his LWOP was extended—in case he returned to work.

7. I have no idea why it took until April for him to receive the SF-50. Once Ms. Freeman signed off the SF-52, the action went to the personnel services staff and once they input it. The official signed employee copy would go to Ms. Douglas to forward to the employee. At this time, there was also many personnel actions being processed and this may have caused

Page 2 of 4 Pages                                     Affiant's Initials CeC

the delay.

8. The Personnel Services Staff would have no idea that Complainant filed an EEO complaint.

9. Around April 2004, I was involved in settlement discussions of Complainant's EEO complaint with the US attorney and our Agency attorneys. Julie Berko and I attended these meetings. We discussed what Complainant had requested and provided technical information requested by the judge regarding OWCP and retirement choices. We also discussed the Complainants' statements about returning to work. However, this was long after the SF-50 at issue had been prepared.

10. In regard to Complainant's allegation that the salary indicated on the SF-50 was actually a reduction in pay—the Complainant does not have a complete picture. What he alleges would have been an adverse action which did not happen. This was just an administrative issue; the salary indicated was prior to his pay adjustment. When he received his SF-50 with all of the 2004 pay adjustments, the amount was more than he thought he should have received.

12. My office is in advisory capacity and I am not his supervisor. I deny that I discriminated or retaliated against Complainant.

Page 3 of 4 Pages                                Affiant's Initials _lec_

I have read the above statement, consisting of _____ pages, and swear that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to interested parties.

_Christine Ellis Conick_
Signature

_20 October 2004_
Date

SUBSCRIBED AND (SWORN TO) (AFFIRMED) BEFORE ME AT _10:30 AM in Washington DC_ ON THIS _20_ DAY OF _October_, 2004

_Diane E Workington_
(INVESTIGATOR'S/WITNESS'S SIGNATURE)

Page \_\_\_ of \_\_\_ Pages

Affiant's Initials \_\_\_\_

(4)