**Defendants' Exhibit No. 9**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

District of Columbia

I, Janie R. Douglas (race/black, color/black, national origin/ American, sex/female, age (DOB: 10/1/48, no disabilities and no prior EEO complaint activity), Administrative Officer, GS-12, AHR-10, Business Management Staff, Office of Human Resource Management, make the following statement freely and voluntarily to Mary Anne Brennan, who has identified herself to me as an EEO Contract Investigator for the following Federal agency: Federal Aviation Administration, knowing that this statement may be used as evidence. I understand that this statement is not confidential and may be shown to the interested parties (those with a legal right to know), I hereby solemnly affirm

1. I have been in this position approximately 13 years. I report to John Brown, Manager, Business Management Staff.

2. My job duties include preparing SF-52s. After preparing an SF-52 at the direction of management, I give it to the employee's manager, who reviews and signs the form then returns to me for submission to our Personnel Services Division for further processing. An SF-50 is generated from this action and given to me. When I get it, I usually make a copy for temporary records I have established for my use and then I give the original to the manager. The manager is responsible for getting the SF-50 to the employee.

Page _1_ of _3_ Pages                    Affiant's Initials _JRD_

3. In regard to the SF-50 at issue [effective 1/1/04] I believe that we got a tickler from the Office of Personnel regarding the expiration of his LWOP status. I recall that Darlene Freeman was newly assigned to her position. As such I recall my manager telling me to go ahead and prepare the SF-52 to extend the LWOP for a year [December 2004]. After giving the SF-52 to Darlene Freeman for signature, I saw where a handwritten change had been made to the NTE date. I had heard [I do not recall from who] that Chris Comer directed Ms. Freeman to change the extension from one year to six months.

4. When the resulting SF-50 came back to me, I passed it on to Ms. Freeman [this time period was around late January/February 2004]. I do not know why there would have been a four-month delay getting the SF-50 to Complainant. But during the beginning of each year, I know that the Personnel Services Division is overwhelmed with the processing of double and sometimes triple paperwork [pay adjustments, accommodating awards] for over 5,000 FAA employees and this would have been part of the delay. Then having the SF-50 come through our office to get forwarded to the organization to which is officially assigned would have taken time. I am not aware of any other reason for the delay.

5. I knew Complainant as a coworker. Complainant worked in another FAA organization prior to coming to Human Resources when his functions were

Page 2 of 3 Pages                                    Affiant's Initials _JLd_

②

transferred to our organization. I never reported to him.

6. I saw him on one occasion when he came into the office and he was in a wheel chair but was not aware of his particular disabilities.

7. I was not aware of his national origin [Native American].

I have read the above statement, consisting of 3 pages, and that it is true and complete to the best of my knowledge and belief. I understand that the information I have given is not to be considered confidential and that it may be shown to interested parties.

*Janie R. Douglas*
Signature

*October 6, 2004*
Date

SUBSCRIBED AND (SWORN TO) (AFFIRMED)

BEFORE ME AT ___10/4/03___

ON THIS ___ DAY OF _____, 2004

*Carole W. Meredith*
(INVESTIGATOR'S/WITNESS'S SIGNATURE)

Page 3 of 3 Pages                     Affiant's Initials *JRD*

(3)