**Defendants' Exhibit No. 11**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 449- -   | 05-08-44 | 06-29-04 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 773 | EXT OF LWOP NTE 12312004 |
| 5-C. Code | 5-D. Legal Authority |
| ZVB | P.L. 104-50 |
| 5-E. Code | 5-F. Legal Authority |
|  |  |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
|  |  |
| 6-C. Code | 6-D. Legal Authority |
|  |  |
| 6-E. Code | 6-F. Legal Authority |
|  |  |

7. FROM: Position Title and Number
SUPV PUBLIC AFFAIRS SPEC
PD NO=12-G702    BU NO=WAHD0034
ORG=HD001        CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $121,954 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $106,389 | $15,565 | $121,954 | $0 |

14. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
WASHINGTON, DC 20591

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

22. Name and Location of Position's Organization

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) |  | X YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 02-05-80 | F |  |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career) | E (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 |  | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 401.0  /000/810  /P330  /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Alfreda Terrell* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 07-07-04 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236