**Defendants' Exhibit No. 12**
**Woodruff v. Mineta, Civil No. 05-2071 (PLF)**

**NOTIFICATION OF PERSONNEL ACTION**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 88922 [redacted] | 05-08-44 | 07-18-02 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 460 | LWOP NTE (12302002) |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702    BU NO=WAHD0034
ORG=HD230         CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $112,013 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $100,478 | $11,535 | $112,013 | $0 |

**14. Name and Location of Position's Organization**
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
LEARNING & CONSULTING SERVICES DIV
SPECIAL PROGRAMS TEAM
WASHINGTON, DC 20591

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 – 5-Point | 1 – Permanent | | X YES |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1 CSRS | 02-05-80 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 – Excepted Service | E – Exempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 201 .0  /000/810  /P330  /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.

*Alfreda, this is suppose to be 12/30/03. Please issue a correction. Thanks, Janie*

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Alfreda Terrell* |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
|---|---|---|---|
| TD-03 | 1675 | 07-17-02 | |

5-Part       2 - OPF Copy - Long-Term Record – DO NOT DESTROY

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

**Standard Form 50**
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 88922 ███████ | 05-08-44 | 07-18-02 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 460 | LWOP NTE 12302002 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702     BU NO=WAHD0034
ORG=HD230         CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $112,013 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $100,478 | $11,535 | $112,013 | $0 |

**14. Name and Location of Position's Organization**
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
LEARNING & CONSULTING SERVICES DIV
SPECIAL PROGRAMS TEAM
WASHINGTON, DC 20591

**15. TO: Position Title and Number**

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

**22. Name and Location of Position's Organization**

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1  (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES  [ ] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career) | E  (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**
APPROP = 201 .0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Alfreda Terrell* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 07-17-02 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

TURN OVER FOR IMPORTANT INFORMATION
5-Part     1 - Employee Copy - Keep for Future Reference



Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 2308 [redacted] | 05-08-44 | 12-31-02 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 773 | EXT OF LWOP NTE 12302003 |
| 5-C. Code | 5-D. Legal Authority |
| ZVB | P.L. 104-50 |
| 5-E. Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702    BU NO=WAHD0034
ORG=HD230        CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $112,013 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $100,478 | $11,535 | $112,013 | $0 |

15. TO: Position Title and Number

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | | |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| | | | |

14. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
LEARNING & CONSULTING SERVICES DIV
SPECIAL PROGRAMS TEAM
WASHINGTON, DC 20591

22. Name and Location of Position's Organization

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2   1-None  3-10-Point/Disability  5-10-Point/Other     2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1   0-None  2-Conditional  1-Permanent  3-Indefinite | | X YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1  BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1-Competitive Service  3-SES General    2-Excepted Service    4-SES Career | E  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 301 .0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Alfreda Terrell* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 02-04-03 | |

TURN OVER FOR IMPORTANT INFORMATION    1 - Employee Copy - Keep for Future Reference
5-Part

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

(3)

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 96016 | 05-08-44 | 01-12-03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| ZVB | P.L. 104-50 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702    BU NO=WAHD0034
ORG=HD230        CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $112,013 | PA | FM | 1035 | 15 | 00 | $115,481 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $100,478 | $11,535 | $112,013 | $0 | $103,589 | $11,892 | $115,481 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
LEARNING & CONSULTING SERVICES DIV
SPECIAL PROGRAMS TEAM
WASHINGTON, DC 20591

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 1 - None  3 - 10-Point/Disability  5 - 10-Point/Other | 0 - None  2 - Conditional | | |
| 2 - 5-Point  4 - 10-Point/Compensable  6 - 10-Point/Compensable/30% | 1 - Permanent  3 - Indefinite | | X YES  ☐ NO |
| 2 | 1 | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service  3 - SES General | E - Exempt | | |
| 2 - Excepted Service  4 - SES Career | N - Nonexempt | SEE REMARKS BELOW | 8888 |
| 2 | E | | |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 301 .0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%. PROCESSED IN ACCORDANCE WITH EXECUTIVE ORDER 13282 DATED 12/31/2002. SALARY INCLUDES A GENERAL INCREASE OF 3.1 PERCENT. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| TD-03 | 1675 | 01-12-03 | APPROVING OFFICIAL |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236



Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S | 4032-▓▓▓▓ | 05-08-44 | 01-12-03 |

### FIRST ACTION / SECOND ACTION

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 895 | LOCALITY PAYMENT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |
| | | | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | SUPERVISORY PUBLIC AFFAIRS SPECIALIST<br>PD NO=12-G702   BU NO=WAHD0034<br>ORG=HD230    CST CNTR=P330 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $115,481 | PA | FM | 1035 | 15 | 00 | $116,786 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $103,589 | $11,892 | $115,481 | $0 | $103,589 | $13,197 | $116,786 | $0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | ASST ADMIN FOR HUMAN RESOURCE MGMT<br>OFFICE OF LEARNING & DEVELOPMENT<br>LEARNING & CONSULTING SERVICES DIV<br>SPECIAL PROGRAMS TEAM<br>WASHINGTON, DC 20591 |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1  (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1  BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career) | E  (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

**45. Remarks**

SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.
PROCESSED IN ACCORDANCE WITH EXECUTIVE ORDER 13291 DATED MARCH 21, 2003.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 04-13-03 | |

TURN OVER FOR IMPORTANT INFORMATION       1 - Employee Copy - Keep for Future Reference
5-Part

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6238

(5)

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

3/[?]/03

| | |
|---|---|
| 1. Name (Last, First, Middle) WOODRUFF, PHILLIP S | 2. Social Security Number 2991 [redacted] | 3. Date of Birth 05-08-44 | 4. Effective Date 06-09-03 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 790 | REALIGNMENT |
| 5-C. Code | 5-D. Legal Authority |
| ZVB | P.L. 104-50 |
| 5-E. Code | 5-F. Legal Authority |
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C. Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |
| | |

7. FROM: Position Title and Number
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702    BU NO=WAHD0034
ORG=HD230        CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $115,481 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| $103,589 | $11,892 | $115,481 | $0 |

14. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
LEARNING & CONSULTING SERVICES DIV
SPECIAL PROGRAMS TEAM
WASHINGTON, DC 20591

15. TO: Position Title and Number
SUPERVISORY PUBLIC AFFAIRS SPECIALIST
PD NO=12-G702    BU NO=WAHD0034
ORG=HD200        CST CNTR=P330

| 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $115,481 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| $103,589 | $11,892 | $115,481 | $0 |

22. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
WASHINGTON, DC 20591

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2   1-None  3-10-Point/Disability  5-10-Point/Other   2-5-Point  4-10-Point/Compensable  6-10-Point/Compensable/30% | 1   0-None  2-Conditional   1-Permanent  3-Indefinite | | X YES   NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1  BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1-Competitive Service  3-SES General   2-Excepted Service  4-SES Career | E   E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 301 .0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 11.48%.
MEMORANDUM DATED 03-06-03

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | *Carolyn Smith* |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 03-06-03 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236



Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| WOODRUFF, PHILLIP S    10513 | [redacted] | 05-08-44 | 01-11-04 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | CORRECTION |
| 5-C. Code | 5-D. Legal Authority |
| 5-E. Code | 5-F. Legal Authority |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |
| 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 |
| 6-E. Code | 6-F. Legal Authority |

7. FROM: Position Title and Number

15. TO: Position Title and Number
SUPV PUBLIC AFFAIRS SPEC
PD NO=12-G702      BU NO=WAHD0034
ORG=HD001          CST CNTR=P330

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $116,786 | PA | FM | 1035 | 15 | 00 | $121,954 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $103,589 | $13,197 | $116,786 | $0 | $106,389 | $15,565 | $121,954 | $0 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
ASST ADMIN FOR HUMAN RESOURCE MGMT
OFFICE OF LEARNING & DEVELOPMENT
WASHINGTON, DC 20591

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | | X YES    NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1  BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 02-05-80 | F | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2 (1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career) | E (E-Exempt, N-Nonexempt) | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = 5 |

45. Remarks
APPROP = 401.0 /000/810 /P330 /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%. SALARY IN BLOCK 20C INCLUDES A LOCALITY-BASED PAYMENT OF 14.63%.
PROCESSED IN ACCORDANCE WITH EXECUTIVE ORDER 13332 DATED MARCH 3, 2004.

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | APPROVING OFFICIAL |
| TD-03 | 1675 | 04-04-04 | |

TURN OVER FOR IMPORTANT INFORMATION
5-Part

1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

(7)