**Defendants' Exhibit No. 13**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**

October 6, 2004

Ms. Mary Anne Brennan
3218 Berkshire Road
Baltimore, MD  21214

Dear Ms. Brennan:

In reference to Complaint No. 2004-18070-FAA—02, I am providing to the extent possible the information you requested.

I have attached my affidavit, the organizational chart, position description, and SF-50's you requested. Additionally, I am including a page I received from Julie Berko, one of our employees assigned to the Employee Relations and Benefits Division. This page addresses the remainder of the 10 items you listed in your letter to me dated September 3, 2004.

Sincerely,

*Janie R. Douglas*

Janie R. Douglas
Administrative Officer
Business Management Staff, AHR-10
Office of Human Resource Management

①

RE: Complaint No. 2004-18070-FAA-02

Workforce Profile

1. Workforce Profile is completed; however you must contact Roberto Butler in our Office of Civil Rights directly for information to be released. 202-385-8129

2. Organizational Chart

3. Position Description

4. SF-50 issued to Complainant in April 2004? There is no SF-50 with an effective date of April, nor any SF-50 which has reduced Woodruff's pay. Enclosed are all SF-50s for the 2004 calendar year.

5. Complainant has not requested LWOP. When the agency was notified that Woodruff was placed on the Department of Labor's periodic rolls (payment of lost wages), he cannot also be in a paid leave status with the FAA. Therefore, the agency placed him on LWOP.

6. Medical documentation in Agency's possession comes under the Department of Labor's system of records (DOL/GOVT-1), and can only be released by DOL. POC: Paul J. Klingenberg, Staff Attorney, Solicitor's Office – Employee Benefits Division (202) 693-5328.

7. Complainant is has been on LWOP as indicated by the SF-50s provided

8. Worker's Compensation documentation in Agency's possession comes under the Department of Labor's system of records (DOL/GOVT-1), and can only be released by DOL. POC: Paul J. Klingenberg, Staff Attorney, Solicitor's Office – Employee Benefits Division (202) 693-5328.

9. No other employees in this status

10. Complainant is a non-bargaining unit employee.

    a. LWOP: FAA Order 3600.4 (http://www.faa.gov/ahr/policy/order/orders/36004c.cfm)
    b. Workers' Compensation Program
        i. Federal Employees' Compensation Act (5 USC, Chapter 81)
        ii. Regulations under FECA (20 CFR, Parts 1-25)

