**Defendants' Exhibit No. 14**
**<u>Woodruff v. Mineta</u>, Civil No. 05-2071 (PLF)**



EXHIBIT F12

:NY H. HOYER
MOCRATIC WHIP
DISTRICT, MARYLAND



COMMIT
TRAN
F
GENERAL GOVERNMENT

LABOR,
HEALTH AND HUMAN SERVICES,
AND EDUCATION

# Congress of the United States
## House of Representatives
### Washington, DC 20515–2005

June 18, 2004

Mr. Quentin Burgess, Administrator
Federal Aviation Administration
800 Independence Ave, SW
Washington, DC 20591

Dear Mr. Burgess:

    I am writing to you on behalf of Phillip Woodruff, who has contacted me regarding his problem with the Federal Aviation Administration and his request for an extension of his Leave Without Pay status.

    Enclosed for your review is a copy of the letter outlining the problem. In view of the issues that have been raised, I would greatly appreciate your looking into this matter and advising me of your findings.

    With kindest regards, I am

Sincerely yours,

STENY H. HOYER

SHH/

Enclosure

Please respond to:
Greenbelt District Office,
Address below



OCRATIC WHIP OFFICE:
H-306, THE CAPITOL
WASHINGTON, DC 20515
(202) 225-3130
(202) 226-0663 (Fax)
http://democraticwhip.house.gov

WASHINGTON, DC OFFICE:
1705 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-4131
(202) 225-4300 (Fax)
http://www.hoyer.house.gov

GREENBELT DISTRICT OFFICE:
U.S. DISTRICT COURT HOUSE
6500 CHERRYWOOD LANE, SUITE 310
GREENBELT, MD 20770
(301) 474-0119
(301) 474-4697 (Fax)

WALDORF DISTRICT OFFICE:
401 POST OFFICE ROAD, #202
WALDORF, MD 20602
(301) 843-1577
(301) 843-1331 (Fax)

PRINTED ON RECYCLED PAPER

# PHILLIP S. WOODRUFF

June 17, 2004

Congressman Steny Hoyer            VIA FAX # 301+ 474-4697

U.S. District Court House
6500 Cherrywood Lane – Suite 310
Greenbelt, Maryland 20770

Dear Congressman Hoyer,

Thank you again for the genuine interest and support that you and your professional staff have demonstrated through the years to assist in resolving issues regarding my Federal employment and related Worker's Compensation claims. Your involvement has been crucial to settlement of several major issues, beneficial to all, and very much appreciated.

This letter is a follow up to my request for your personal involvement and assistance in a very serious new matter which has developed recently involving Department of Transportation/Federal Aviation Administration.

An official personnel action was just issued in late April – but was back-dated to January of 2004 – to reduce my pay from $119,267.00 to $116,786.00 and to and terminate my Leave Without Pay (LWOP) status _on June 28, 2004_. Unless the LWOP is extended immediately, this unjustified adverse action will lead to permanent termination of my position with the DOT/FAA and create further substantial financial and other damages. These actions will be virtually irrevocable except through the long and expensive administrative and legal processes, which may not be possible and should not be necessary in this case.

I have already used approximately 2,000 hours of accumulated leave, spent over $50,000.00 in personal funds, and made withdrawals from my TSP to protect my job, while being denied accommodations for my disabilities. My physicians at Johns Hopkins in Baltimore continue to certify my total disability. OWCP accepts this. The Agency apparently does not – but still expects me to return to work or be terminated and lose benefits. The Agency's actions are the direct cause of my total disability.

What they are doing here is very, very wrong. _I request that you intervene to extend the LWOP until at least 12/31/2006._ As information, a copy of the personnel action is attached. Although my current position pay is $119,267.00, now under OWCP I receive much less than this. I will be eligible to receive this amount, including regular increases when and if my physicians allow me to return to work, and I am able to do the job the agency may offer at that time with the required accommodations for my on-the-job injury. If LWOP, on the other hand, is allowed to expire on June 28th, and if I am terminated, I will lose this and many other benefits, including insurance and retirement benefits.

10812 BROOKWOOD AVENUE    UPPER MARLBORO, MARYLAND 20772

TELEPHONE: 301+868-9383 • FAX: 301+856-4636



-2-                                                                June 17, 2004

It is interesting, and regrettable, that the Agency's actions coincide with other actions being taken by the Agency in an apparent attempt to avoid settlement of issues which have been directed by the United States District Court. I was notified of this action just over a month ago, following an instruction by the U.S. District Court that the DOT/FAA make a full and complete 7-point settlement offer to me to resolve all of the outstanding employment issues. The Agency ignored the Judge's instruction, and apparently took this action to force me out of the Agency. The Agency has knowledge of my medical status and is fully aware that I am unable to return to work now.

I have a long history of distinguished Federal Service, and my career should not end in this fashion. Most of the higher level personnel who previously involved with mismanagement have been discharged from the agency or otherwise moved to other locations. However, some remain, who will say they need to fill my position. My former position has been reorganized, and my division has been dismantled, and new personnel have been assigned for several years. There are no savings to the government here. This is a punitive action. This may well be another case of what could be renewed issues of the historical patterns of fraud, waste, and abuse within the FAA Office of Human Resources which were so evident in the 1990's, that lead to Congressional Investigations and Action.

In summary, my request is that you conduct an investigation of this matter and seek to have my LWOP extended until at least the end of 2006. My prayer is always that my health and circumstances in the employment environment will allow me to return to work at my former position. With the continuation of the LWOP, as it has been in the past, perhaps appropriate accommodations and restoration of my health and a suitable position with reasonable accommodations for my disabilities will be possible within the next couple of years. That is not asking too much under the circumstances.

Thank you, Congressman Hoyer, for all that you do as the Congressman for Southern Maryland, and for our Nation. Your assistance is seriously needed and appreciated.

With best regards,

*Phillip S. Woodruff*

Phillip S. Woodruff

Cc: File: Congressman Steny Hoyer

③

06/17/04  14:51 FAX 3018564636

**CONFIDENTIAL**

Standard Form 50
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 8

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ODRUFF, PHILLIP S | 6396 | 05-08-44 | 01-01-04 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 773 | EXT OF LWOP NTE 06282004 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| ZVB | P.L. 104-50 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPERVISORY PUBLIC AFFAIRS SPECIALIST<br>PD NO=12-G702    BU NO=WAHD0034<br>ORG=HD001         CST CNTR=P330 | |

| 8. Pay Plan | 9. Occ Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FM | 1035 | 15 | 00 | $116,786 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $103,589 | $13,197 | $116,786 | $0 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| ASST ADMIN FOR HUMAN RESOURCE MGMT<br>OFFICE OF LEARNING & DEVELOPMENT<br>WASHINGTON, DC 20591 | |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Pref for RIF |
|---|---|---|---|
| 2  1-None  3-10-Point/Disability  5-10-Point/Other<br>   2-5-Point 4-10-Point/Compensable  6-10-Point/Compensable/30% | 1  0-None  2-Conditional<br>   1-Permanent 3-Indefinite | | X YES  ☐ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| N1 BASIC+OPT B(2X)+OPT A+OPT C(1X) | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| ☐ CSRS | 02-05-80 | F | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General<br>   2-Excepted Service 4-SES Career | E  E-Exempt  N-Nonexempt | SEE REMARKS BELOW | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| SP PROG=00 | SUPV CSC=2 | POS TYPE=1 | | POSITION SENSITIVITY = S |

45. Remarks

APPROP = 401 .0  /000/810   /P330  /1111
SALARY IN BLOCK 12C INCLUDES A LOCALITY-BASED PAYMENT OF 12.74%.

Rec'd US Mail
4/20/04
pmy

**CONFIDENTIAL**

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| DEPARTMENT OF TRANSPORTATION/FAA | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| TD-03 | 1675 | 01-30-04 | APPROVING OFFICIAL  *Alfreda Terrell* |

TURN OVER FOR IMPORTANT INFORMATION
5-Part             1 - Employee Copy - Keep for Future Reference

Editions Prior to 7/91 Are Not Usable After 9/30/93
NSN 7540-01-333-6236

(4)