**Defendants' Exhibit No. 15**

**Woodruff v. Mineta, Civil No. 05-2071 (PLF)**



**EXHIBIT F13**

U.S. Department
of Transportation
Federal Aviation
Administration

Assistant Administrator for
Human Resource Management

800 Independence Ave., SW.
Washington, DC 20591

JUL 1 9 2004

The Honorable Steny H. Hoyer
Member, United States House of
Representatives
6500 Cherrywood Lane
Greenbelt, MD 20770

Dear Congressman Hoyer:

Thank you for your letter on behalf of your constituent Mr. Phillip Woodruff regarding his employment status.

Mr. Woodruff has been on the periodic rolls of the Department of Labor, Office of Workers' Compensation Program (OWCP) since August 13, 2000, and is receiving workers' compensation payments. He continues to have health and life insurance coverage. As a result of Mr. Woodruff's OWCP status, the agency has placed him on extended leave without pay (LWOP). This action does not affect his benefits. Mr. Woodruff will continue to receive OWCP benefits, as long as his physicians' certify his total disability, regardless of his employment status with the FAA. If Mr. Woodruff returns to employment for at least one year, he will receive retirement credit for the period of time he was on OWCP's rolls.

Mr. Woodruff's SF-50 (effective date January 1, 2004) – EXT OF LWOP NTE 06/28/04 – is reflective of Mr. Woodruff's verbal indication in 2003 that he could return to work within the next year. In early 2004, he again indicated that he might return to work within the next year. However, in his June 17, 2004 letter to you, Mr. Woodruff has requested that LWOP be extended until December 31, 2006. At this time, the agency will extend his LWOP until December 31, 2004. Enclosure 1 is a copy of the SF-50 – EXT of LWOP NTE 12/31/2004.

Mr. Woodruff alleges that his salary was reduced from $119,267 to $116,768. The agency, however, has no personnel action, which reflects a salary of $119, 267. The pay adjustment SF-50 action (effective 01/11/04) shows Mr. Woodruff's salary at $121,954, which includes the retroactive March 2004 pay adjustment and locality pay. Enclosure 2 is a copy of the SF-50.

Mr. Woodruff has a pending EEO complaint against the agency that is in District Court. The agency has offered Mr. Woodruff a position to resolve his employment issues against the agency; however, he remains unavailable to return to work on either a part- or full-time basis.



If we can be of further assistance, please contact David Balloff, Assistant Administrator for Government and Industry Affairs, at (202) 267-3277.

Sincerely,

Ventris C. Gibson

Ventris C. Gibson
Assistant Administrator for
Human Resource Management

Enclosures
Transmitted Correspondence

cc: Washington Office

cc:
AOA-3; AGI-1; AEA-1; RMC-1; AHR-1/30;
AHL-1/100 (Cavanagh/Berko); AHD-1

File: A20040618010 - 7/6/04
WP: S:\RS\CMU\congressional\Woodruff.doc
AHL-100:JBerko:yac:x73395:7/8/04

2

