UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip S. Woodruff, )<br>               Plaintiff, )<br>      v. )<br>                    )<br>U.S. Department of Transportation, )<br>Federal Aviation Administration, )<br>                    )<br>              Defendant. )<br>_____) | Civil Action No. 05-2071 (PLF) |

**<u>ORDER</u>**

For good cause shown, upon consideration of the entire record herein, the Court hereby:

_____    GRANTS Defendant's Motion to Dismiss and dismisses the Complaint with prejudice.

_____    GRANTS Defendant's Motion for Summary Judgment and enters Judgment for Defendants on all claims.

DATED:

_____
                              UNITED STATES DISTRICT JUDGE