UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 05-CV-2071 (PLF) |
| U.S. Department of Transportation, Federal Aviation Administration | ) |
| Defendants | ) |

**RECEIVED**
**MAY - 5 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME

**COMES NOW,** Phillip S. Woodruff, Plaintiff and respectfully requests this Court to for an extension of time to respond to Defendants' Motion to Dismiss and in the furtherance thereof states:

1. Plaintiff does not wish to concede to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment.

2. That *pro se* Plaintiff is disabled and his response requires a great deal of time in research and assistance. *Pro se* Plaintiff's assistant is not available to assist him in the time allotted.

3. Plaintiff is also involved in another matter with Defendant's attorney and has consented to numerous extensions of time to this attorney for vacations, etc.

4. Plaintiff has attempted to reach the Defendant's attorney to request an extension of time and has left voice mail messages for him. Plaintiff has not received any response.

RECEIVED
MAY - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WHEREFORE, Plaintiff, Phillip S. Woodruff, respectfully requests this Court for an extension of time for 15 days, not to exceed 30 days.

Respectfully submitted,

/s/ Woodruff

Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772
(301) 868-9383
*Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that on this \_5\_ day of \_MAY\_, 2006, a copy of Plaintiff's Opposition to Defendant's Motion to Dismiss or Transfer was sent via certified mail, return receipt to:

Peter Smith, Asst. U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530

_____
Phillip S. Woodruff