UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
 )
    Plaintiff, )
 )
 )
v. )
 ) Case No.: 05-CV-2071 (PLF)
 )
U.S. Department of Transportation, )
Federal Aviation Administration )
 )
    Defendants )
 )
 )
_____)

## ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2006, that Plaintiff's Extension of Time is **GRANTED**, and further,

**ORDERED**, that Plaintiff's response to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment is due on _____ day of _____, 2006.

                                                       Honorable Paul L. Friedman
                                                       United States District Judge

cc: Phillip S. Woodruff, Plaintiff
     Peter Smith, Asst., U.S. Attorney