UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>) Case No.: 05-CV-2071 (PLF)<br>Norman Y. Mineta, Secretary )<br>U.S. Department of Transportation, )<br>Federal Aviation Administration, Agency )<br>)<br>Defendants )<br>)<br>_____ ) | |

## ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Defendant's Motion to Dismiss is DENIED, and further,

**ORDERED,** that Defendant's Motion for Summary Judgment is DENIED, and it is further,

**ORDERED,** that Discovery will begin, and it is further

**ORDERED,** that this matter be scheduled for a jury trial.

_____
Honorable Paul L. Friedman
United States District Judge