UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF,<br><br> Plaintiff,<br><br>v.<br><br>Norman Y. Mineta, Secretary<br>U.S. Department of Transportation,<br>Federal Aviation Administration, Agency<br><br> Defendants | )<br>)<br>)<br>)<br>)<br>) Case No.: 05-CV-2071 (PLF)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT OR, IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

**COMES NOW,** Plaintiff, Phillip S. Woodruff, and requests this court for leave to file his Response to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or, in the Alternative For Summary Judgment, and in furtherance thereof states:

1. Defendant filed his Opposition Motion on June 28, 2006.

2. Plaintiff is on total disability and has been ill and on bed rest for most of the month of July.

3. Plaintiff requests the Court to respond to misimpressions and misinterpretations in Defendant's Reply that could affect the Court's review of this matter.

**WHEREFORE,** Plaintiff respectfully requests this Court leave to file this Response to Defendants Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or, in the Alternative for Summary Judgment.

RECEIVED

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_____ 7/28/06
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD  20772
(301) 868-9383
*Pro se Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that no later than the next business day from this 28 day of July, 2006, a copy of the above pleading was sent via U.S. Mail, postage prepaid to:

Peter Smith, Asst. U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
FAA
800 Independence Avenue, S.W.
Washington, D.C. 20591

_____
Phillip S. Woodruff