UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Norman Y. Mineta, Secretary )<br>U.S. Department of Transportation, )<br>Federal Aviation Administration, Agency )<br>)<br>Defendants )<br>) | Case No.: 05-CV-2071 (PLF) |

## ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Plaintiff's Request for Leave to Respond to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or, in the Alternative For Summary Judgment, is hereby **GRANTED.**

Honorable Paul L. Friedman<br>
United States District Judge