UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF,<br><br>    Plaintiff,<br><br>v.<br><br>Norman Y. Mineta, Secretary<br>U.S. Department of Transportation,<br>Federal Aviation Administration, Agency<br><br>    Defendants | Case No.: 05-CV-2071 (PLF) |

## ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Defendant's Motion to Dismiss is **DENIED,** and further,

**ORDERED,** that Defendant's Motion for Summary Judgment is **DENIED,** and it is further,

**ORDERED,** that Discovery will begin, and it is further

**ORDERED,** that this matter be scheduled for a jury trial.

_____
Honorable Paul L. Friedman
United States District Judge