UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 05-CV-2071 (PLF) |
| Norman Y. Mineta, Secretary<br>U.S. Department of Transportation,<br>Federal Aviation Administration, Agency | ) |
| Defendants | ) |

## PLAINTIFF'S MOTION FOR PERMISSION TO CONDUCT DISCOVERY

**COMES NOW,** Plaintiff, Phillip S. Woodruff, and pursuant Fed. R. Civ. Proc. 56(f) requests this court for permission to request discovery of Defendant, and in furtherance thereof states:

Pursuant to Fed. R. Civ. Proc. 56(f), Plaintiff requests this Court for permission to conduct discovery. Plaintiff disbelieves and questions the contents of the Defendants' affidavits statements of fact and other statements made within its pleadings. In addition, Plaintiff has recently learned that of additional misimpressions of the Defendant and requires discovery to show that the Defendants have mischaracterized and misrepresented the evidence.

Plaintiff believes that with discovery he can provide additional essential facts to support Plaintiff's Amended Complaint.

**WHEREFORE,** Plaintiff respectfully requests this court to order Discovery in this matter.



RECEIVED

JUL 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that no later than the next business day from this 28 day of July, 2006, a copy of the above pleading was sent via U.S. Mail, postage prepaid to:

Peter Smith, Asst. U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
FAA
800 Independence Avenue, S.W.
Washington, D.C. 20591

_____
Phillip S. Woodruff

Respectfully submitted,

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772
(301) 868-9383
*Pro se Plaintiff*