UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
)
    Plaintiff, )
)
v. ) Case No.: 05-CV-2071 (PLF)
)
Norman Y. Mineta, Secretary )
U.S. Department of Transportation, )
Federal Aviation Administration, Agency )
)
    Defendants )
)

**ORDER**

    It is hereby **ORDERED,** on this _____ day of _____, 2006,

that Plaintiff's Request to Conduct Discovery, is hereby **GRANTED.**

                                                              Honorable Paul L. Friedman
                                                              United States District Judge