UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip S. Woodruff,           )<br>            Plaintiff,      )<br>       v.                              )<br>                                       )<br>U.S. Department of Transportation )<br>Federal Aviation Administration,  )<br>                                       )<br>            Defendants.    )<br>_____) | Civil Action No. 05-2071 (PLF) |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO
RESPOND TO DEFENDANTS' REPLY**

On July 28, 2006, the Clerk's Office filed Plaintiff's Motion for Leave to Respond to Defendant's Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss Plaintiff's Amended Complaint or, in the Alternative, for Summary Judgment. Document No. 23. Defendants, through their undersigned attorneys, hereby oppose Plaintiff's motion. Defendants did not raise any new arguments in their reply, and Plaintiff does not state otherwise. The Court should reject Plaintiff's request to reargue the points he raised in his earlier-filed opposition or to file a new opposition to Defendants' dispositive motion.

Local Civil Rule 7 governs motions practice in this district. That rule does not provide for any filing after the reply. In Robinson v. The Detroit News, Inc., 211 F.Supp.2d 101, 113 (D.D.C. 2002), Judge Urbina struck plaintiff's surreply on the basis that it merely reargued the points raised in an earlier brief. The court noted that the "standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply." Id. (quoting Lewis v. Rumsfeld, 154 F.Supp.2d 56, 61 (D.D.C. 2001). Plaintiff does not even attempt to make such a showing. Instead, Plaintiff claims that the surreply is necessary in order to "respond to misimpressions and

misinterpretations" in Defendants' reply. Plaintiff's five paragraph motion never identifies what the purported misimpressions and misinterpretations are, thus underscoring the fact that Plaintiff merely is trying to reargue or elaborate on his previously-filed opposition. For example, he includes an extensive section claiming that he "has put forth sufficient evidence to overcome summary judgment" and setting forth legal standards for summary judgment. Surreply at 4. Plaintiff knew as of the filing of Defendants' motion that Defendants were moving for summary judgment. Plaintiff clearly could have made these arguments in his earlier-filed opposition and they are not directed at anything new in Defendants' reply.

      The Court should reject Plaintiff's attempt to clutter the docket by rearguing points he previously raised. Even a cursory review of the surreply Plaintiff seeks to file demonstrates that he merely is rearguing points he could have, or did, raise previously. He again argues, as he did in his earlier-filed opposition, that he is not raising in this case the same claims as he had in prior lawsuits. Surreply at 1. He also repeats arguments about administrative exhaustion. Surreply at 3-4.

## CONCLUSION

For the foregoing reasons, the Court should deny Plaintiff's motion for leave to file a surreply and should strike the surreply from the record of this case.

> Respectfully submitted,
>
> s/Kenneth L. Wainstein
>
> _____
>
> KENNETH L. WAINSTEIN, D.C. BAR # 451058
> United States Attorney
>
> s/Rudolph Contreras
>
> _____
>
> RUDOLPH CONTRERAS, D.C. BAR # 434122
> Assistant United States Attorney
>
> s/Peter S. Smith
>
> _____
>
> PETER S. SMITH, D.C. BAR # 465131
> Assistant United States Attorney
> United States Attorney's Office
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 307-0372

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of August, 2006, a true and correct copy of the foregoing opposition to motion for leave to file surreply was served upon pro se Plaintiff **Phillip S. Woodruff,** by United States mail, postage prepaid, to:

**Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772**

          /s/Peter Smith
PETER S. SMITH, D.C. Bar #465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372