UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Phillip S. Woodruff,              )<br>             Plaintiff,         )<br>       v.                            )<br>                                       )<br>U.S. Department of Transportation  )<br>Federal Aviation Administration,   )<br>                                       )<br>             Defendants.       )<br>                                       ) | Civil Action No. 05-2071 (PLF) |

### DEFENDANTS' ERRATA CONCERNING DOCUMENT NUMBERS 26-28

On August 9, 2006, Defendants filed their Motion to Strike Second Amended Complaint, Document No. 26, Memorandum in Opposition to Plaintiff's Motion for Permission to Conduct Discovery, Document No. 27, and Memorandum in Opposition to Plaintiff's Motion for Leave to File Surreply, Document No. 28. The certificates of service for each of those filings reflect that they were served on "this 10th day of August, 2006." The certificates of service should read: "this 9th day of August, 2006."

Respectfully submitted,

s/Kenneth L. Wainstein
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

s/Peter S. Smith
_____
PETER S. SMITH, D.C. BAR # 465131
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of August, 2006, a true and correct copy of the foregoing Errata was served upon pro se Plaintiff **Phillip S. Woodruff,** by United States mail, postage prepaid, to:

**Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD 20772**

　　　　　　　　　　　　　　　　　　　　/s/Peter Smith
　　　　　　　　　　　　　　　　　PETER S. SMITH,  D.C. Bar #465131
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 307-0372