UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF, )
)
    Plaintiff, )
)
v. )
)
) Case No.: 05-CV-2071 (PLF)
U.S. Department of Transportation, )
Federal Aviation Administration )
)
    Defendants )
)
)

ORDER

It is hereby **ORDERED,** on this _____ day of _____, 2006, that Plaintiff's Request for Discovery is **GRANTED**, and it is further

**ORDERED**, that Defendant's Motion for Summary Judgment is **DENIED**, and it is further

**ORDERED,** that the above referenced matter be scheduled for a jury trial.

                                                                    Honorable Paul L. Friedman
                                                                    United States District Judge

cc: Phillip S. Woodruff, Plaintiff
    Peter Smith, Asst., U.S. Attorney
    Andrew B. Steinberg, Chief Counsel