UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 05-CV-2071 (PLF) |
| Norman Y. Mineta, Secretary<br>U.S. Department of Transportation,<br>Federal Aviation Administration, Agency | ) |
| Defendants | ) |

### PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANT'S REPLY

COMES NOW, Plaintiff, Phillip S. Woodruff, and responds to Defendant's opposition to Plaintiff's motion for leave to respond to Defendant's reply and in furtherance thereof states:

1. Defendant filed his Opposition Motion on June 28, 2006.

2. Plaintiff will state in his response the misimpressions and misinterpretations made by the Defendants.

3. Plaintiff will not be rearguing points raised previously. Plaintiff will be responding to the prevaricating remarks made by the Defendants.

Plaintiff has found that the submission made by the Defendants mischaracterizes the evidence in the record. Because of these mischaracterizations in the Defendant's submission, Plaintiff respectfully requests leave to clarify the record before the Court makes a determination.

WHEREFORE, Plaintiff respectfully requests this Court leave to file this Response to Defendants Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or, in the Alternative for Summary Judgment.

RECEIVED
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully submitted,

_____
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD  20772
(301) 868-9383
Pro se Plaintiff

8/18/06

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that no later than the next business day from this _18_ day of _August_, 2006, a copy of the above pleading was sent via U.S. Mail, postage prepaid to:

Peter Smith, Asst. U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

_____
Phillip S. Woodruff