UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,        )
                            )
   Plaintiff,              )
                            )
v.                          )
                            )   Case No.: 05-CV-2071 (PLF)
Norman Y. Mineta, Secretary )
U.S. Department of Transportation, )
Federal Aviation Administration, Agency )
                            )
   Defendants               )
                            )
                            )

## ORDER

It is hereby ORDERED, on this _____ day of _____, 2006, that Plaintiff's Request for Leave to Respond to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint, or, in the Alternative For Summary Judgment, is hereby GRANTED.

                                                               Honorable Paul L. Friedman
                                                               United States District Judge