UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,           )
                               )
    Plaintiff,                 )
                               )
                               )
v.                             ) Case No.: 05-CV-2071 (PLF)
                               )
NORMAN Y. MINETA, Secretary    )
United States Department of Transportation, et )
al                             )
                               )
    Defendants                 )
                               )
_____)

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE SECOND AMENDED COMPLAINT and PLAINTIFF'S REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

1. Plaintiff, Phillip S. Woodruff, filed a Second Amended Complaint on or about July 28, 2006.

2. The Second Amended Complaint was filed to correct the heading of the Complaint to read, Norman Y. Mineta, Secretary of Transportation, United States Department of Transportation only.

3. Plaintiff did not change the body of the complaint in any way.

4. That a pleading can be amended pursuant to Fed. R. Civ. Proc. 15(c)(3)(B). That "but for a mistake concerning the identity of the proper party, the action would have been brought against the party."

5. Defendant's incorrectly assume that their Motion to Dismiss will be granted thus not allowing Plaintiff to amend the complaint.

RECEIVED
AUG 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. Plaintiff **has**, as the court has requested, filed a clear statement of his claims. In addition, the Court does have jurisdiction over all the claims noted *and* Plaintiff has requested relief. Plaintiff has cured all the matters as requested by the court in his amended complaint.

7. As was decided by this court in *Hite v. Leeds Weld Equity Partners IV, LP*, 429 F. Supp. 2d 110, "In re *Polaroid*, 362 F. Supp. 2d 461 (S.D.N.Y. 2005); *In re WorldCom*, 263 F.Supp.2d 745, 759-60 (S.D.N.Y.2003); *see also Primax Recoveries, Inc. v. Lee*, 260 F.Supp.2d 43, 47 (D.D.C.2003) (holding in the context of a Rule 12(b)(1) motion to dismiss for lack of subject matter jurisdiction that a "plaintiff is required only to assert, not to prove.... in its complaint"). The plaintiffs' allegation... in its complaint therefore is sufficient."

8. Plaintiff has not brought these claims, specific to this matter, in any other forum or court.

9. Plaintiff has clearly shown that he was adversely affected by the actions of the Defendants. That the "paperwork" submitted by the Defendants was changed; that his salary was in fact decreased; and that his leave without pay was cancelled. That the actions of the Defendants are arbitrary and capricious. That there are genuine issues of material fact in dispute.

WHEREFORE, for all the reasons stated above, Plaintiff requests leave to file the Second Amended Complaint and that the Court accept the Second Amended Complaint as filed; DENY the Motion for Summary Judgment; and schedule this matter for a jury trial.

Respectfully submitted,

/s/ Phillip S. Woodruff
Phillip S. Woodruff
10812 Brookwood Avenue
Upper Marlboro, MD  20772
(301) 868-9383
*Pro se Plaintiff*

## CERTIFCATE OF SERVICE

I HEREBY CERTIFY, that no later than the next business day from this __18__ day of __AUGUST__, 2006, a copy of the above pleading was sent via U.S. Mail, postage prepaid to:

Peter Smith, Asst. U.S. Attorney
United States Attorney's Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530

Norman Y. Mineta
Secretary of Transportation
United States Department of Transportation
400 7th Street, S.W.
Washington, D.C. 20590

U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Andrew B. Steinberg, Chief Counsel
U.S. Department of Transportation
Federal Aviation Administration
800 Independence Avenue, S.W.
Washington, D.C. 20591

_____
Phillip S. Woodruff