UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP S. WOODRUFF,            )
                                )
    Plaintiff,                  )
                                )
v.                              )
                                )  Case No.: 05-CV-2071 (PLF)
                                )
U.S. Department of Transportation, )
Federal Aviation Administration )
                                )
    Defendants                  )
                                )
_____ )

ORDER

It is hereby **ORDERED**, on this _____ day of _____, 2006, that Plaintiff's Request for Leave to file Second Amended Complaint is **GRANTED**, and further,

**ORDERED**, that Plaintiff's Second Amended Complaint is Accepted as Filed, and further

**ORDERED**, that Defendant's Motion for Summary Judgment is DENIED, and further

**ORDERED**, that this matter be scheduled for a jury trial.

Honorable Paul L. Friedman
United States District Judge

cc: Phillip S. Woodruff, Plaintiff
    Peter Smith, Asst., U.S. Attorney
    Andrew B. Steinberg, Chief Counsel

4