UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHILLIP S. WOODRUFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2071 (PLF) |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF TRANSPORTATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on plaintiff's motion [23] for leave to file a sur-reply, plaintiff's motion [24] for permission to conduct discovery pursuant to Rule 56(f) of the Federal Rules of Civil Procedure, defendant's motion [26] to strike the amended complaint, and plaintiff's motion [34] for leave to file an amended complaint.

Upon consideration of all the materials before the Court, it is hereby

ORDERED that plaintiff's motion [23] for leave to file a sur-reply is GRANTED; it is

FURTHER ORDERED that plaintiff's motion [34] for leave to file an amended complaint is GRANTED; it is

FURTHER ORDERED that defendant's motion [26] to strike the amended complaint is DENIED; and it is

FURTHER ORDERED that plaintiff's motion [24] for permission to conduct discovery is DENIED and discovery in this matter is stayed, pending a resolution of the motion

[18] to dismiss or, in the alternative, for summary judgment. However, this motion [24] for permission to conduct discovery is denied without prejudice to the Court's reviving it if fairness so requires when the Court decides the pending motion [18] to dismiss or, in the alternative, for summary judgment.

        SO ORDERED.

                                               /s/_____
                                               PAUL L. FRIEDMAN
                                               United States District Judge

DATE: August 31, 2006