UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHILLIP S. WOODRUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2071 (PLF) |
| ) | |
| MARY E. PETERS, ) | |
| Secretary, ) | |
| United States Department of Transportation, et. al., ) | |
| ) | |
| Defendants.[1] ) | |

ORDER

This matter is before the Court on defendants' motion to dismiss or, in the alternative, for summary judgment. Upon consideration of the motion, the opposition, the reply, the surreply, and the entire record in this case, it is hereby

ORDERED that the motion to dismiss or, in the alternative, for summary judgment [18] is GRANTED; it is

FURTHER ORDERED that JUDGMENT is entered for the defendant; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order. See FED. R. APP. P. 4(a).

---

[1] Plaintiff's second amended complaint names Norman Y. Mineta, former Secretary of Transportation, as a party defendant. The Court substitutes his successor, Mary E. Peters, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

An Opinion explaining the reasoning underlying this Order will follow.

SO ORDERED.

___/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  March 30, 2007