UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PHILLIP S. WOODRUFF,                )
                                    )
       Plaintiff,                   )
                                    )
    v.                              )   Civil Action No. 05-2071 (PLF)
                                    )
MARY E. PETERS,                     )
Secretary,                          )
United States Department of Transportation, et. al., )
                                    )
       Defendants.[1]               )
_____)

AMENDED ORDER

    For the reasons stated in the Opinion issued this same day, it is hereby

    ORDERED that defendants' motion to dismiss or, in the alternative, for summary judgment [18] is GRANTED; it is

    FURTHER ORDERED that plaintiff's due process claim is DISMISSED; it is

    FURTHER ORDERED that JUDGMENT is entered for the defendants with respect to plaintiff's age and disability discrimination and retaliation claims; it is

    FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

---

    [1]    Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Department of Transportation Secretary Mary E. Peters has been substituted for former Secretary Norman Y. Mineta.

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 9, 2007