UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Phillip S. Woodruff_
Plaintiff

vs.                                      Civil Action No. _05-2071 (PLF)_

_Mary E. Peters, Secretary,_
_U.S. Dept. of_
_Transportation, et al_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _6th_ day of _July_, 20_07_, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _9th_ day of _May_, 20_07_

in favor of _Defendant_

against said _Plaintiff_

_____[signature] 7/6/07_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

_Peter Smith, Asst. U.S. Attorney,_
_United States Attorney's Office_
_Judiciary Center Building,_
_555 4th Street, N.W., 10th Floor_
_Washington, D.C. 20530_

RECEIVED
JUL - 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT