# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5239**                                          **September Term, 2007**
                                                                        05cv02071

                                                      Filed On: December 31, 2007

[1089382]
Phillip S. Woodruff,
        Appellant

v.

Department of Transportation, et al.,
        Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/5/08
BY: [signature]
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:** Rogers, Garland, and Griffith, Circuit Judges

# O R D E R

Upon consideration of the motion for summary affirmance, the opposition thereto, and the reply; and the motion for leave to file a surreply, it is

**ORDERED** that the motion for leave to file a surreply be denied. It is

**FURTHER ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court properly dismissed appellant's due process claim, challenging appellees' processing of his Title VII claims. Cf. Smith v. Casellas, 119 F.3d 33, 34 (D.C. Cir. 1997) (per curiam) (no cause of action for challenges to EEOC's processing of a Title VII claim).

The district court properly granted summary judgment for appellee on the discrimination and retaliation claims. Because appellant failed to present evidence that he was subjected to an adverse employment action, see Forman v. Small, 271 F.3d 285 (D.C. Cir. 2001), he failed to establish a prima facie case of age discrimination, disability discrimination, or retaliation. See generally Holcomb v. Powell, 433 F.3d 889 (D.C. Cir. 2006). Although appellant has filed other complaints addressing the cancellation of his work accommodations and matters relating to his retirement and associated benefits, the gravamen of the complaint at issue in this appeal is that the agency unlawfully discriminated against him on the basis of age and disability by sending him in April 2004, a notification reflecting a reduction in salary from $119,267 to $116,786, and a termination of his leave without pay status as of June 30, 2004, thus effectively forcing him to retire in June 2004. In fact, the salary reported on the form was an error, which

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 07-5239**                                                          September Term, 2007

was corrected in a subsequent SF-50. Moreover, appellant's leave without pay status did not stop in June 2004, and he did not retire until June 2005.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**<u>Per Curiam</u>**